**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
                                              (State)

Case number (*If known*): _____ Chapter \_\_\_\_\_

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name** _____

3. **Other names you know the debtor has used in the last 8 years**

    Include any assumed names, trade names, or *doing business as* names.

    _____
    _____
    _____

4. **Debtor's federal Employer Identification Number (EIN)**

    ☐ Unknown

    9 8 – 0 1 7 8 6 3 6
    EIN

5. **Debtor's address**

    **Principal place of business**

    _____
    Number       Street

    _____

    _____ _____ _____
    City                                State    ZIP Code

    _____
    County

    **Mailing address, if different**

    _____
    Number       Street

    _____
    P.O. Box

    _____ _____ _____
    City                                State    ZIP Code

    **Location of principal assets, if different from principal place of business**

    _____
    Number       Street

    _____

    _____ _____ _____
    City                                State    ZIP Code

Debtor _____        Case number (*if known*)_____
         Name

| 6. | **Debtor's website** (URL) | _____ |

| 7. | **Type of debtor** | ❑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|    |                    | ❑ Partnership (excluding LLP) |
|    |                    | ❑ Other type of debtor. Specify: _____ |

| 8. | **Type of debtor's business** | *Check one:* |

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❑ Railroad (as defined in 11 U.S.C. § 101(44))
❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
❑ None of the types of business listed.
❑ Unknown type of business.

| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ❑ No |
|    |  | ❑ Yes. Debtor _____  Relationship _____ |
|    |  | District _____ Date filed _____ Case number, if known _____ |
|    |  |                                              MM / DD / YYYY |
|    |  | Debtor _____  Relationship _____ |
|    |  | District _____ Date filed _____ Case number, if known _____ |
|    |  |                                              MM / DD / YYYY |

## Part 3: Report About the Case

| 10. | **Venue** | *Check one:* |
|     |           | ❑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
|     |           | ❑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
|     |                 | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
|     |                 | *At least one box must be checked*: |
|     |                 | ❑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
|     |                 | ❑ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ❑ No |
|     |  | ❑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205                        Involuntary Petition Against a Non-Individual                         page 2

Debtor _____   Case number (if known)_____
         Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____   _____   _____
City                       State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____   _____   _____
City                       State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM  / DD / YYYY

✗ _Richard Alter_____  Member
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____   _____   _____
City                       State     ZIP Code

Contact phone _____ Email _____

Bar number _____

State       _____

✗ _____
Signature of attorney

Date signed _____
              MM  / DD / YYYY

Debtor __Generex Biotechnology Corp._____ Case number *(if known)*_____
       Name

### Name and mailing address of petitioner
**GS Capital Partners, LLC**
Name

1 — East Liberty Street, Suite 600
Number    Street

Reno — Nevada — 89501
City      State      ZIP Code

### Name and mailing address of petitioner's representative, if any
**Mendy Piekarski**
Name

1 — East Liberty Street, Suite 600
Number    Street

Reno — Nevada — 89501
City      State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04 / 21 / 2022
             MM / DD / YYYY

✗ /s/ Mendy Piekarski _____ General Counsel
Signature of petitioner or representative, including representative's title

---

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State ____ ZIP Code ____

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed  ____ 2022 ____
             MM / DD / YYYY

---

### Name and mailing address of petitioner
**BHP Capital NY, Inc.**
Name

45 — SW 9th Street
Number    Street

Miami — FL — 33130
City      State      ZIP Code

### Name and mailing address of petitioner's representative, if any
**Bryan Pantofel**
Name

45 — SW 9th Street
Number    Street

Miami — FL — 33130
City      State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  ____ / ____ / ____
             MM / DD / YYYY

✗ _____ President
Signature of petitioner or representative, including representative's title

---

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State ____ ZIP Code ____

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed  ____ / ____ / ____
             MM / DD / YYYY

---

Official Form 205       Involuntary Petition Against a Non-Individual       page 4

Debtor _____  Case number (*if known*)_____
          Name

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____  _____  _____
City                             State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____  _____  _____
City                             State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
           MM  /  DD  /  YYYY

✖ _____ General Counsel
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____  _____  _____
City                             State      ZIP Code

Contact phone  _____  Email _____

Bar number  _____

State  _____

✖ _____
Signature of attorney

Date signed  _____
           MM  /  DD  /  YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____  _____  _____
City                             State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____  _____  _____
City                             State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
           MM  /  DD  /  YYYY

✖ *[signature: Bryn Pantof]* _____ President
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____  _____  _____
City                             State      ZIP Code

Contact phone  _____  Email _____

Bar number  _____

State  _____

✖ _____
Signature of attorney

Date signed  _____
           MM  /  DD  /  YYYY

**Name and mailing address of petitioner**

Name: Beijing Youfeng Biological Technology Co., Ltd.

Number Street: 8 Yard  Xinglong Middle Street, Gaobeidian, Chaoyang District

City: Beijing    State: China    ZIP Code:

**Name and mailing address of petitioner's representative, if any**

Name:

Number Street:

City:    State:    ZIP Code:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04 / 21 / 2022
MM / DD / YYYY

X Wang, Xiaoyan 王晓艳  Chair of the Board
Signature of petitioner or representative, including representative's title

Printed name:

Firm name, if any:

Number Street:

City:    State:    ZIP Code:

Contact phone:    Email:

Bar number:

State:

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name:

Number Street:

City:    State:    ZIP Code:

**Name and mailing address of petitioner's representative, if any**

Name:

Number Street:

City:    State:    ZIP Code:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name:

Firm name, if any:

Number Street:

City:    State:    ZIP Code:

Contact phone:    Email:

Bar number:

State:

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

Debtor  Generex Biotechnology Corp.
Name

Case number (*if known*)

**Name and mailing address of petitioner**

Bedford Capital Group LLC
Name

32          Cutler Road
Number    Street

Greenwich          CT          06831
City               State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Michael Caridi
Name

32          Cutler Road
Number    Street

Greenwich          CT          06831
City               State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04  21 / 2022
             MM  / DD / YYYY

✗ _[signature]_                          Managing Member
Signature of petitioner or representative, including representative's title

___

Printed name

Firm name, if any

Number    Street

City               State       ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

___

**Name and mailing address of petitioner**

Name

Number    Street

City               State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City               State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

___

Printed name

Firm name, if any

Number    Street

City               State       ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                                    Chapter 7

GENEREX BIOTECHNOLOGY CORP,                                  Case No.
Debtor.
_____/

ATTACHMENT TO INVOLUNTARY PETITION
AGAINST GENEREX BIOTECHNOLOGY CORP.

The petitioning creditors hereby supplement Part 3, Question 13 with the following information:

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Bedford Capital Group LLC | Breach of contract, promissory note. | 400,450,000.00 |
| Beijing Youfeng Biological Technology Co., Ltd. | Breach of contract. | $55,100,000.00 |
|  | Total of petitioners' claims | $461,719,312.98 |

Each petitioning creditor reserves all of its rights to any claims relating to the foregoing if not ascribing a specific dollar amount thereto at this time.  Each petitioning creditor expressly reserves the right to amend and/or supplement its claims at any time and in any manner, including without limitation with respect to amounts incurred or accruing after the date hereof.  Each petitioning creditor expressly reserves, and does not waive, any and all rights and remedies against any person other than the debtor who may be liable for all or part of the claims set forth herein.