# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                                                       Chapter 7

GENEREX BIOTECHNOLOGY CORP,                       Case No.
Debtor.
_____/

## NOTICE OF FILING CORPORATE OWNERSHIP STATEMENTS OF PETITIONING CREDITORS

      Petitioning Creditor, Three Brother Trading, LLC d/b/a Alternative Execution Group, by and through undersigned counsel, hereby files the attached Corporate Ownership Statements of GS Capital Partners, LLC and BHP Capital NY, Inc., Bedford Capital Group, LLC, and Petitioning Creditor, Three Brother Trading, LLC, and Bejing Youfeng Biological Technology Co., Ltd., attached as **Composite Exhibit A**

                                                     Respectfully submitted,

                                                     **Zachary P. Hyman, Esq.**
                                                   MILLENNIAL LAW, INC.
                                                   501 East Las Olas Blvd, Suite 200/308
                                                   Fort Lauderdale, Florida 33301
                                                   Phone: 954-271-2719

                                             By: *s/ Zachary P. Hyman*
                                                     Zachary P. Hyman
                                                     Florida Bar No. 98581
                                                     zach@millenniallaw.com
                                                     jessica@millenniallaw.com
                                                     assistant@millenniallaw.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 23rd day of April, 2022, via the Court's CM/ECF system.

By: *s/ Zachary P. Hyman*
Zachary P. Hyman

# COMPOSITE EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
------------------------------------------------------------X
In re:                                              Chapter 7

GENEREX BIOTECHNOLOGY CORP.                         Case No.

             Debtor.
------------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1010(b), __Beijing Youfeng Biological Technology Co., Ltd_____, one of the petitioners in the above-referenced Chapter 7 Involuntary Proceeding, makes the following disclosure:

There are no corporations that directly or indirectly own 10% or more of any class of __Beijing Youfeng Biological Technology Co., Ltd__ equity interest.

Dated: April 21, 2022

ENTITY NAME
Beijing Youfeng Biological Technology Co., Ltd
#8 Yard, Xingtong Middle Street, Gaobeidian,
Chaoyang District, Beijing, China

By: _Xiaoyan Wang_  _Wang, Xiaoyan_

Title:   Chairman of the Board

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
----------------------------------------------------------X
In re:                                                          Chapter 7

GENEREX BIOTECHNOLOGY CORP,                Case No.

　　　　　　　　　　Debtor.
----------------------------------------------------------X

## **CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 1010(b), Three Brothers Trading, LLC, d/b/a/ Alternative Execution Group, one of the petitioners in the above-referenced Chapter 7 Involuntary Proceeding, makes the following disclosure:

There are no corporations that directly or indirectly own 10% or more of any class of Three Brothers Trading, LLC, d/b/a/ Alternative Execution Group' s equity interest.

Dated: April 21, 2022

　　　　　　　　　　　　　　　　　　　Three Brothers Trading, LLC,
　　　　　　　　　　　　　　　　　　　d/b/a/ Alternative Execution Group

　　　　　　　　　　　　　　　　　　　By: *Richard S Alter*
　　　　　　　　　　　　　　　　　　　　　　Richard Alter, President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------X
In re:                                                                          Chapter 7

GENEREX BIOTECHNOLOGY CORP,                      Case No.

                              Debtor.
-----------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1010(b), Bedford Capital Group LLC, one of the petitioners in the above-referenced Chapter 7 Involuntary Proceeding, makes the following disclosure:

There are no corporations that directly or indirectly own 10% or more of any class of Bedford Capital Group LLC's equity interests.

Dated: April 22, 2022

                                                    BEDFORD CAPITAL GROUP LLC

                                                    By: _____
                                                    Name: Michael Caridi
                                                    Title:  Managing Member

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------X
In re:                                                                                          Chapter 7

GENEREX BIOTECHNOLOGY CORP,                                    Case No.

                          Debtor.
-----------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1010(b), BHP Capital NY, Inc., one of the petitioning creditors in the above-referenced Chapter 7 bankruptcy case, states that there are no corporate entities that directly or indirectly own 10% or more of any class of BHP Capital NY, Inc.'s equity interests.

Dated:  April 21, 2022

                                                  BHP Capital NY, Inc

                                           By: _____
                                                Bryan Pantofel
                                                President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
-------------------------------------------------------X
In re:                                                                              Chapter 7

GENEREX BIOTECHNOLOGY CORP,                             Case No.

                                    Debtor.
-------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1010(b), GS Capital Partners, LLC, one of the petitioning creditors in the above-referenced Chapter 7 bankruptcy case, states that the corporate entities that directly or indirectly own 10% or more of the equity interests of GS Capital Partners, LLC are identified below, and that no publicly held corporation owns more than 10% of such interests.

1. MH Wealth Management LLC

2. Garfield AZT LLC

3. AMG Partners Group Inc.

Dated: April 21, 2022

                                                                GS CAPITAL PARTNERS, LLC


                                                                By:  /s/*Mendy Piekarski*
                                                                       Mendy Piekarski
                                                                       General Counsel