Form CGFI5  (10/10/14)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 22–13166–PDR

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Generex Biotechnology Corp
10102 USA Today Way
Miramar, Fl 33025

EIN: 98–0178636

# SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you in this bankruptcy court on **April 23, 2022**, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

**YOU ARE SUMMONED** and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A motion to convert by the debtor in an involuntary chapter 7 proceeding shall be deemed a consent to entry of an order for relief under the chapter to which the case is being converted (Local Rule 1013–1(B)). A copy of the petition is attached.

Address of the clerk:
**Federal Building
299 E Broward Blvd, Room 112
Ft Lauderdale FL 33301**

At the same time, you must also serve a copy of your motion or answer upon the petitioner's attorney.

   Name and Address of Petitioner's Attorney:
   Zachary Hyman
   501 E Las Olas Blvd Suite 200/308
   Fort Lauderdale FL 33306

If you make a motion, your time to answer is governed by Federal Rules of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

**Dated: 4/25/22**

**CLERK OF COURT**
By: Desiree Grooms
Deputy Clerk

*Page 1 of 2*

# CERTIFICATION OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by:

☐   Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐   Personal Service: By leaving the process with debtor or with an officer or agent of debtor at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the debtor at:

☐   Publication: The debtor was served as follows: [Describe briefly]

☐   State Law: The debtor was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____        Signature: _____

| Print Name: |
| --- |
| Address: |
| City:            State:            Zip: |

*Page 2 of 2*