UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**In re:**

**GENEREX BIOTECHNOLOGY CORP,**   Case No. 22-bk-13166-PDR
                                  Chapter 7
    **Debtor.**
_____/

**NOTICE OF APPEARANCE FOR AVEM MEDICAL, L.L.C., PANTHEON MEDICAL – FOOT & ANKLE, LLC and TRAVIS BIRD**

PLEASE TAKE NOTICE that the undersigned hereby appears for AVEM MEDICAL, L.L.C., f/k/a MediSource Partners, LLC, PANTHEON MEDICAL – FOOT & ANKLE, LLC and TRAVIS BIRD ("Creditors") and under, *inter alia*, Bankruptcy Rule 2002, 6004 and 9010, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned.

PLEASE TAKE NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telefax, or otherwise that: (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, with respect to: (a) the debtor; (b) property of the estate or proceeds thereof, or property in which the debtor may claim interest; or (c) property or proceeds thereof in the possession, custody or control of others than the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by Creditors.

17410739v1

PLEASE TAKE NOTICE that Creditors intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (1) Creditors' right to have final orders in noncore matters entered only after de novo review by a District Judge, (2) Creditors' right to trial by jury in any proceeding so triable in this case or any case, or proceeding related to this case, (3) Creditors' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which Creditors are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies Creditors expressly reserve.

Date: April 25, 2022

Respectfully Submitted,
SHUMAKER, LOOP & KENDRICK, LLP
Post Office Box 49948
Sarasota, Florida 34230-6948
941-364-2747 / 941-364-3999 facsimile
*Attorneys for Creditors*

By:   */s/ Mark D. Hildreth*
      Mark D. Hildreth
      Florida Bar No. 454893
      mhildreth@shumaker.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2022, a true and correct copy of the foregoing Notice of Appearance was filed and served on all parties via the Court's Electronic Notice for Registrants or via U.S. Mail on the Service List below.

By:   */s/ Mark D. Hildreth*
      Mark D. Hildreth
      Florida Bar No. 454893
      mhildreth@shumaker.com

## SERVICE LIST

**Parties Served Via First Class Mail:**
Generex Biotechnology Corp
10102 USA Today Way
Miramar, FL 33025

17410739v1