**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| GENEREX BIOTECHNOLOGY CORP, | Case No. 22-13166-PDR |
| Debtor. _____/ | |

**PETITIONING CREDITOR, THREE BROTHERS TRADING, LLC'S,**
**NOTICE OF JOINDER IN MOTION FOR APPOINTEMENT OF INTERIM TRUSTEE**

Petitioning Creditor, Three Brothers Trading, LLC d/b/a Alternative Execution Group ("*Three Brothers*") files this Notice of Joinder in the Motion for Appointment of Interim Trustee (the "*Motion*") filed by Creditors, Avem Medical, L.L.C. f/k/a MediSource Partners, LLC ("*Avem*"), Pantheon Medical – Foot & Ankle, LLC ("*Pantheon*"), and Travis Bird ("*Bird*") on May 18, 2022 [ECF No. 10].

Three Brothers supports the relief sought in the Motion but does not endorse or adopt all statements of fact or arguments set forth therein.

Respectfully submitted,

**MILLENNIAL LAW, INC.**
501 East Las Olas Blvd, Suite 200/308
Fort Lauderdale, Florida 33301
Phone: 954-271-2719

By: *s/ Zachary P. Hyman*
      Zachary P. Hyman
      Florida Bar No. 98581
      zach@millenniallaw.com
      jessica@millenniallaw.com
      assistant@millenniallaw.com

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this **20th** day of **May, 2022**, via the Court's CM/ECF system.

By: *s/ Zachary P. Hyman*
Zachary P. Hyman

## SERVICE LIST

Joseph Moscato, Jr.
jmoscato@generex.com
jmoscato@nugenerex.com
joemoscatojr@icloud.com

Richard Purcell
rpurcell@nugenerex.com

Mark D. Hildreth, Esq on behalf of Creditor AVEM Medical, L.L.C., f/k/a MediSource Partners, LLC; Creditor Pantheon Medical - Foot & Ankle, LLC; and Creditor Travis Bird
mhildreth@shumaker.com, skerrigan@shumaker.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

BHP Capital NY Inc
45 SW 9th Street
Miami, Fl 33130

Bedford Capital Group, LLC
32 Cutler Road
Greenwich, Ct 06831

Beijing Youfeng Biological Technology Co Ltd
8 Yard
Xingiong Middle Street
Gaobeidian,

GS Capital Partners, LLC
1 East Liberty Street, Suite 600
Reno, NV 89501

Generex Biotechnology Corp
10102 USA Today Way
Miramar, Fl 33025