**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                              Chapter 7

GENEREX BIOTECHNOLOGY CORP,                Case No. 22-13166-PDR

        Debtor.
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the *Involuntary Petition Against a Non-Individual* [ECF No. 1]; *Notice of Appearance and Request for Service of Pleadings and Other Papers* [EFC No. 2]; *Notice of Filing Corporate Ownership Statements of Petitioning Creditors* [ECF No. 3] was furnished on April 26, 2022, via electronic mail to all parties listed on the attached service list, and that on May 2, 2022, a copy of those documents as well as the *Summons to Debtor in Involuntary Case* [ECF No. 4] was served via Certified U.S. Mail upon the Debtor.

I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

                                            Respectfully submitted,

                                            **MILLENNIAL LAW, INC.**
                                            501 East Las Olas Blvd, Suite 200/308
                                            Fort Lauderdale, Florida 33301
                                            Phone: 954-271-2719

                                            By: *s/ Zachary P. Hyman*
                                                  Zachary P. Hyman
                                                  Florida Bar No. 98581
                                                 zach@millenniallaw.com
                                                 jessica@millenniallaw.com
                                                 assistant@millenniallaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this **11th** day of **May, 2022**, via the Court's CM/ECF system.

By: <u>*s/ Zachary P. Hyman*</u><br>Zachary P. Hyman

## SERVICE LIST

Joseph Moscato, Jr.
jmoscato@generex.com
jmoscato@nugenerex.com
joemoscatojr@icloud.com

Richard Purcell
rpurcell@nugenerex.com