**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| GENEREX BIOTECHNOLOGY CORP, | Case No. 22-13166-PDR |
|     Alleged Debtor. _____/ | |

**PETITIONING CREDITOR, THREE BROTHERS TRADING, LLC'S,**
**MOTION FOR ENTRY OF AN ORDER OF RELIEF IMMEDIATELY**

Petitioning Creditor, Three Brothers Trading, LLC d/b/a Alternative Execution Group ("**Three Brothers**"), files this Motion for Entry of an Order of Relief (the "**Motion**") pursuant to Section 303(h) of title 11, United States Code (the "**Bankruptcy Code**") and Rules 1013(b) and 9013 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and in support thereof states:

    1.    On April 23, 2022, Three Brothers, and two (2) other eligible creditors, filed the Involuntary Petition for Bankruptcy [ECF No. 1] (the "**Petition**") against the putative debtor Generex Biotechnology Corp. (the "**Debtor**").[1]

    2.    On May 12, 2022, Avem Medical L.L.C., f/k/a MediSource Partners, LLC, Pantheon Medical Foot & Ankle, LLC and Travis Bird filed their joinder to the Involuntary Petition. [ECF No. 8].

    3.    As set forth in Three Brothers' Certificate of Service [ECF No. 7], the Petition and Summons were served on the Debtor via e-mail on April 26, 2022, and certified U.S. mail on or about May 2, 2022.

---

[1] The other original petitioning creditors are GS Capital Partners, LLC, BHP Capital NY, Inc., Beijing Youfeng Biological Technology Co., Ltd. and Bedford Capital Group, LLC. [ECF No. 1].

4. Under Bankruptcy Rule 1011, the deadline for the Debtor to have responded to the Involuntary Petition was twenty-one (21) days from service of the Summons. As a result, the deadline for the Debtor to respond to the Involuntary Petition expired on June 1, 2022.

5. Pursuant to Bankruptcy Code § 303(h), "[i]f the [involuntary] petition is not timely controverted, the court shall order relief against the debtor in an involuntary case under the chapter which the petition was filed. . . . "  11 U.S.C. § 303(h).

6. Pursuant to Bankruptcy Rule 1013(b),"[i]f no pleading or other defense to a petition is filed within the time provided by Rule 1011, the court, on the next day, or as soon thereafter as practicable, shall enter an order for the relief requested in the petition."

7. As of June 1, 2022, the deadline for the Debtor to have responded to the Involuntary Petition, the Court has not yet entered an Order for Relief with respect to the Involuntary Petition.

8. The Debtor has been served with process of this matter, is aware of the circumstances giving rise to the filing of the Involuntary Petition, and has otherwise failed to respond to the Involuntary Petition.

9. Three Brothers respectfully submits that the passage of too much time before an Order for Relief is entered and a trustee is appointed is to the detriment of all of the Debtor's creditors. There is currently a Receiver appointed by the U.S. District Court for the Southern District of New York over the Debtor's assets,[2] but he is essentially paralyzed from continuing to act to secure the Debtor's remaining assets for the benefit of creditors as a result of the filing of the Involuntary Petition.

---

[2] *Three Brothers Trading, LLC d/b/a Alternative Execution Group v. Generex Biotechnology Corp.,* Civil Action No. 18 Civ. 11585 (KPF).

10. Accordingly, pursuant to Bankruptcy Code § 303(h) and Bankruptcy Rule 1013(b), Three Brothers respectfully requests that the Court enter an Order for Relief against the Debtor because it is appropriate under the circumstances and applicable law.

WHEREFORE, Three Brothers Trading, LLC respectfully requests that the Court enter an Order: (i) granting the Motion; (ii) entering an Order for Relief pursuant to Bankruptcy Code § 303(h) and Bankruptcy Rule 9013; and (iii) granting such further relief as the Court deems just and proper.

Respectfully submitted,

**MILLENNIAL LAW, INC.**
501 East Las Olas Blvd, Suite 200/308
Fort Lauderdale, Florida 33301
Phone: 954-271-2719

By: *s/ Zachary P. Hyman*
    Zachary P. Hyman
    Florida Bar No. 98581
    zach@millenniallaw.com
    jessica@millenniallaw.com
    assistant@millenniallaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this **2nd** day of **June, 2022**, via the Court's CM/ECF system.

By: *s/ Zachary P. Hyman*
    Zachary P. Hyman

**SERVICE LIST**

Joseph Moscato, Jr.
jmoscato@generex.com
jmoscato@nugenerex.com
joemoscatojr@icloud.com

Richard Purcell
rpurcell@nugenerex.com

Mark D. Hildreth, Esq on behalf of Creditor AVEM Medical, L.L.C., f/k/a MediSource Partners, LLC; Creditor Pantheon Medical - Foot & Ankle, LLC; and Creditor Travis Bird
mhildreth@shumaker.com, skerrigan@shumaker.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

BHP Capital NY Inc.
45 SW 9th Street
Miami, FL 33130

Bedford Capital Group, LLC
32 Cutler Road
Greenwich, Ct 06831

Beijing Youfeng Biological Technology Co Ltd
8 Yard
Xingiong Middle Street
Gaobeidian,

GS Capital Partners, LLC
1 East Liberty Street, Suite 600
Reno, NV 89501

Generex Biotechnology Corp
10102 USA Today Way
Miramar, FL 33025