

ORDERED in the Southern District of Florida on June 11, 2022.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Generex Biotechnology Corp,

    Debtor.
_____/

Case No. 22-13166-PDR

Chapter 7

### ORDER DENYING AS MOOT MOTION FOR ENTRY OF AN ORDER OF RELIEF

This matter is before the Court on Petitioning Creditor Three Brothers Trading, LLC's *Motion for Entry of an Order of Relief Immediately* (Doc. 16). On June 6, 2022, the Court entered the *Order for Relief in Involuntary Case and Order Setting Deadline for Filing Schedules, Statements and Other Documents* (Doc. 17), which is the same relief sought in the *Motion*. Accordingly, the Court **ORDERS**:

1. The *Motion* (Doc. 15) is **DENIED** as moot.

# # #

Copies To:
All parties in interest.