UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                        Chapter 7

GENEREX BIOTECHNOLOGY CORP,                          Case No. 22-bk-13166-PDR

      Debtor(s).
_____/

**GLOBAL NOTES AND STATEMENTS OF LIMITATION,
METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S
SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT
OF FINANCIAL AFFAIRS, AND CREDITOR MATRIX**

Marc P. Barmat, as chapter 7 Trustee (the "Trustee") for the estate Generex Biotechnology Corp. (the "Debtor"), with the assistance of his professionals and advisors, have filed the Debtor's Schedules of Assets and Liabilities (collectively, the "**Schedules**") and the Statement of Financial Affairs (collectively, the "**Statements**" and, together with the Schedules, the "**Schedules and Statements**") and creditor matrix in the United States Bankruptcy Court for the Southern District of Florida (the "**Bankruptcy Court**"). The Trustee, after the solicitation and review of the Debtor's books and records has prepared the Schedules and Statements and creditor matrix, pursuant to section 521 of Chapter of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and such are unaudited.

While the Trustee has made every reasonable effort to ensure that the Schedules and Statements and creditor matrix are as accurate and complete as possible, based on information that was available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements and creditor matrix, and inadvertent errors or omissions may have occurred. As the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements and creditor matrix are as complete as practicable.

The Trustee and his professionals do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and creditor matrix, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements.  Except as required by the Bankruptcy Code, the Trustee and his professionals do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements, or, except as required by the Bankruptcy Code, the Bankruptcy Rules, or order of the Bankruptcy Court, to notify any third party should the information be updated, modified, revised or re-categorized. The Trustee and his professionals disclaim any

liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

These ***Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statement of Financial Affairs and Creditor Matrix*** (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and Statements and creditor matrix, and should be referred to and considered in connection with any review of the Schedules and Statements and creditor matrix. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

1.     **Sources of Information Requested and Provided**. In preparing these schedules, the Trustee has requested information from the receiver that was previously appointed for Debtor, the petitioning creditors, Debtor's two most recent auditors, MNP LLP, and Mazars USA, LLP, Debtor's accounting firm that also performed CFO services for Debtor, CFO Squad LLC, Debtor's former chief executive officer, Joseph Moscato, Debtor's former IT professional, Paul Chiapetta, and Debtor's former officer Andrew Ro.  The Trustee received information from most of these individuals and entities, except former CEO Joseph Moscato, who declined to provide information necessary to fill out schedules and who did not produce any documents. The Trustee was not provided any comprehensive list of creditors' names and addresses from any of these sources, as Debtor's Quickbooks contains no contact information for any of the creditors.  The Trustee has not been provided bank records from any of Debtor's or its subsidiaries banks, a list of which was provided by the Receiver.  The Trustee reviewed information from the Debtor's SEC filings in preparing the schedules. The Trustee relied on the accuracy of information provided from the above sources.  The Trustee has not been able to locate addresses for all creditors, and if addresses are found at a later point, the Schedules and Statements and creditor matrix, will be updated.

2.     **Net Book Value of Assets**. It would be prohibitively expensive and unduly burdensome, for the Trustee to obtain current market valuations for all of the Debtor's assets. Accordingly, unless otherwise indicated in the Schedules and Statements or herein, the Debtor's Schedules and Statements reflect net book values as reflected in the Debtor's books and records. Additionally, the Debtor's listed investments in Debtor subsidiaries as having an unknown book value, but the Trustee reserves the right to amend or adjust the value of each asset or liability set forth herein.

3.     **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

4.     **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F as "priority" or "unsecured," or (c) Schedule G as "executory" or "unexpired," does not constitute an admission by the Trustee of the legal rights of the claimant, or a waiver of

the Trustee's right to recharacterize or reclassify such Claims or contracts or leases, the Trustee's setoff or recoupment rights with respect to such Claims, or any other rights of the Trustee related to such Claims.

5.  **Causes of Action**. Despite the Trustee's reasonable efforts to identify all known assets, the Trustee may not have listed all of the Debtor's causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any relevant non-bankruptcy laws to recover assets or avoid transfers. The Trustee reserves all of his rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, credits, or recoupment and any Claim on contracts or leases or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action by the Debtor and its estate.

## SPECIFIC DISCLOSURES APPLICABLE TO SCHEDULES AND STATEMENTS

**Schedules A/B –** The information reflected in Schedules A/B were received from CFO Squad, LLC, former accounting firm and CFO of the Debtor and/or from the Debtor's most recent 10-Q or 10-K.  The Trustee has requested and not received records from Royal Bank of Canada, and has not yet confirmed the amounts remaining in these accounts.  The Trustee has not confirmed the amount of unused retainers from the individual law firms.  The appraised value for the approximate 63.96% of stock of NuGenerex Immuno-Oncology, Inc. comes from a valuation by Marshall Stevens as of November 15, 2020.

**Schedule D.** With respect to the Claims listed on Schedule D, reference to any loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. The Trustee reserves all rights to amend Schedule D. Nothing herein shall be construed as an admission by the Trustee of the legal rights of the claimant or a waiver of the Trustee's right to recharacterize or reclassify such Claim or contract.

By listing a party on Schedule D based on a UCC-1 filing, the Trustee is not conceding that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing, and reserves all rights as set forth in these Global Notes. Except as otherwise agreed pursuant an order of the Bankruptcy Court, the Trustee reserves the right to dispute or challenge the validity, perfection or priority of any lien purported to be

granted or perfected in any specific asset to a creditor listed on Schedule D. The descriptions provided on Schedule D are intended only as a summary.

**Schedule E/F**. The Trustee has used reasonable efforts to report all general unsecured Claims against the Debtor on Schedule E/F, based upon the Debtor's books and records as of the Petition Date.  Determining the date upon which each Claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Trustee does not list a date for each Claim listed on Schedule E/F. Furthermore, claims listed on Schedule E/F have been aggregated by unique creditor name and may include several dates of incurrence for the aggregate balance listed. Schedule E/F contains potential claims on account of pending litigations involving the Debtor. Each potential claim associated with any such pending litigation is marked disputed in the Schedules and Statements. Some of the potential litigation claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. The Trustee incorporates by reference into Schedule E/F all parties to pending litigations listed in Statement Item 7 of the Debtors' Statements as disputed claims, to the extent not already listed on Schedule E/F.

The listing of any Claim on Schedule E/F does not constitute an admission by the Trustee that such Claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Trustee reserve the right to dispute the priority status of any Claim on any basis.

**Schedule G**. While reasonable best efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Trustee reserves the right to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Additionally, the placing of a contract or lease onto this Schedule shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid and enforceable contract. The contracts, agreements and leases listed on Schedule G may have expired or may have been terminated, assigned, modified, amended and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed therein.

**Statement – Question 4 – Payments to or for the Benefit of Insiders**. On the Statement of Financial Affairs Part 2, Question 4, the Trustee has scheduled all known payments or transfers to any "insider" made within 1 year prior to the Petition Date. While reasonable best efforts have been made to ensure the accuracy of the transfers, inadvertent errors or omissions may have occurred as the Trustee does not have the bank statements that were to be provided by Royal Bank of Canada and any other banks used by Debtor or its affiliates.  The Trustee does not take any position with respect to (i) such person's influence over the control of the Debtor's estate; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority or such individual; or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities law, or with respect to

65846014;2

any theories of liability or any other purpose. As such, the Trustee reserve all rights to further supplement or revise the listed transfers, and dispute whether any individual or entity identified in response to Question 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

* * * END OF GLOBAL NOTES * * *

* SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE *

65846014;2

**Fill in this information to identify the case:**

Debtor name **Generex Biotechnology Corp.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **22-bk-13166-PDR**

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■  *Schedule H: Codebtors* (Official Form 206H)
■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __August 23, 2022__          X _/s/ Marc P. Barmat_
                                          Signature of individual signing on behalf of debtor

                                          **Marc P. Barmat**
                                          Printed name

                                          **Chapter 7 Trustee for the Debtor's estate**
                                          Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name    **Generex Biotechnology Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **22-bk-13166-PDR**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*....................................................................    $    0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................    $    338,409,015.48

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................    $    338,409,015.48

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    3,717,110.39

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $    363,113.74

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................    +$    517,548,103.24

4.   **Total liabilities** ..........................................................................
   Lines 2 + 3a + 3b    $    521,628,327.37

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Generex Biotechnology Corp.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **22-bk-13166-PDR** |

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Royal Bank of Canada** | | 7647 | $305.35 |
| 3.2. | **Royal Bank of Canada** | | 0871 | $1,211.14 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $1,516.49 |
|---|---|

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| 8.1. | **Doyle Law  (unused retainer)** | $5,000.00 |
|---|---|---|

Debtor   **Generex Biotechnology Corp.**                    Case number *(If known)*  **22-bk-13166-PDR**
_____
Name

| | | |
|---|---|---|
| 8.2. | Barket Esptein - Alpha Litigation Appeal 2 (unused retainer) | $5,104.99 |
| 8.3. | Barket Epstein - Travis Bird Matter (unused retainer) | $13,177.00 |
| 8.4. | Barket Epstein - Broadridge Matter (unused retainer) | $18,680.00 |
| 8.5. | Barket Epstein - Veneto Arbitration (unused retainer) | $20,000.00 |
| 8.6. | Barket Epstein - Three Brothers Litigation (unused retainer) | $7,372.40 |
| 8.7. | Barket Epstein - Quatum (unused retainer) | $20,000.00 |
| 8.8. | Morton Vallihura and Zerbato LLC (unused retainer) | $3,000.00 |
| 8.9. | Carmel Milazzo and Dichiaria LLP (unused retainer) | $62,520.00 |
| 8.10. | Bodwell Vasek Wells DeSimon LLP  -  retainer for 7/31/21 Audit Assistance | $5,000.00 |
| 8.11. | Tarter Krinsky and Drogin LLP | $3,941.60 |
| 8.12. | Sichenzia Ross Ference LLP | $25,000.00 |
| 8.13. | MBD Consultants LLC | $5,000.00 |

9.   **Total of Part 2.**                                                                                       $193,795.99
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

Debtor  **Generex Biotechnology Corp.**                    Case number *(if known)*  **22-bk-13166-PDR**
_____
Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11b. Over 90 days old:          89,928,702.77     –          89,928,702.77     =....                    $0.00
                        _____      _____                    _____
                        face amount              doubtful or uncollectible accounts

12.      **Total of Part 3.**
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    | $0.00 |

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

14.      **Mutual funds or publicly traded stocks not included in Part 1**
         Name of fund or stock:

15.      **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
         Name of entity:                          % of ownership

| | | | | |
|---|---|---|---|---|
| 15.1. | **Olaregen Therapeutix, Inc.** | 100 % | | $18,380,053.00 |
| 15.2. | **Antigen Express, Inc. d/b/a NuGenerex Immuno-Oncology, Inc. ("NGIO") 64,153,151 common stock shares** | % | | Unknown |
| 15.3. | **NuGenerex Immuno-Oncology, Inc. fka Antigen Express, Inc. - 100,000 Shares of Series A Super Voting Preferred Stock** | 63.96 % | Appraisal | $319,800,000.00 |
| 15.4. | **Generex Pharmaceuticals, Inc. (Canada)** | 100 % | | Unknown |
| 15.5. | **GEBNTELC, LLC** | 100 % | | Unknown |
| 15.6. | **Nugenerex Diagnostics, LLC f/k/a Hema Diagnostic Systems, LLC** | 100 % | | Unknown |
| 15.7. | **Rapid Medical Diagnostics Corporation, subsidiary of Nugenerex Diagnostics, LLC** | 100 % | | Unknown |

Debtor   **Generex Biotechnology Corp.**
Name

Case number *(if known)*  **22-bk-13166-PDR**

| | | | | |
|---|---|---|---|---|
| 15.8. | **NuGenerex Therapeutics Holding, LLC** | **100** % | | Unknown |
| 15.9. | **Regyntys Corporation** | **51** % | | Unknown |
| 15.10. | **NuGenerex Medical Marketing, LLC** | **100** % | | Unknown |
| 15.11. | **Pantheon F&A, LLC** | **100** % | | Unknown |
| 15.12. | **Nugenerex Surgical Holdings, LLC** | **100** % | | Unknown |
| 15.13. | **DMEiQ, LLC d/b/a DME-IQ, subsidiary of NuGenerex DME Holdings, LLC** | **100** % | | Unknown |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.

$338,180,053.00

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**1 computer** | **$5,384.28** | | **$0.00** |

| Debtor | **Generex Biotechnology Corp.** | Case number *(If known)* | **22-bk-13166-PDR** |
|---|---|---|---|
| | Name | | |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $0.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **Domain names** | **Unknown** | | **Unknown** |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

Debtor    **Generex Biotechnology Corp.**
_____
Name

Case number *(If known)*  **22-bk-13166-PDR**

■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
|  | **Veneto Holdings, LLC** | $33,650.00 |

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $33,650.00 |
|---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Generex Biotechnology Corp.**
          Name                                        Case number *(If known)*  **22-bk-13166-PDR**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,516.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $193,795.99 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $338,180,053.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $33,650.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $338,409,015.48 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $338,409,015.48 |

**Fill in this information to identify the case:**

Debtor name **Generex Biotechnology Corp.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **22-bk-13166-PDR**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1 Barket Epstein Kearon Aldea & LoTurco LLC**
Creditor's Name
666 Old Country Road, 7th Floor
Garden City, NY 11530
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Unused Retainer - Alpha Litigation Appeal 2**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: **$5,104.99**

Value of collateral: **Unknown**

**2.2 Barket Epstein Kearon Aldea & LoTurco LLC**
Creditor's Name
666 Old Country Road, 7th Floor
Garden City, NY 11530
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**Describe debtor's property that is subject to a lien**
**Unused Retainer - Travis Bird Matter**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Amount of claim: **$13,177.00**

Value of collateral: **Unknown**

Debtor  **Generex Biotechnology Corp.**
_____
Name

Case number (if known)  **22-bk-13166-PDR**
_____

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **Barket Epstein Kearon Aldea & LoTurco** | | |
|---|---|---|---|

Creditor's Name

**LLC**
**666 Old Country Road, 7th Floor**
**Garden City, NY 11530**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Unused Retainer - Broadridge Matter**

$18,680.00          Unknown

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.4 | **Barket Epstein Kearon Aldea & LoTurco** | | |
|---|---|---|---|

Creditor's Name

**LLC**
**666 Old Country Road, 7th Floor**
**Garden City, NY 11530**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Unused Retainer - Veneto Arbitration**

$20,000.00          Unknown

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.5 | **Barket Epstein Kearon Aldea & LoTurco** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

$7,372.40          Unknown

---

Debtor  **Generex Biotechnology Corp.**
_____
Name

Case number (if known)  **22-bk-13166-PDR**
_____

---

Creditor's Name

**LLC**
**666 Old Country Road, 7th**
**Floor**
**Garden City, NY 11530**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Unused Retainer - Three Brothers Litigation**

_____

**Describe the lien**
**Statutory Lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Barket Epstein Kearon Aldea & LoTurco** | | $20,000.00 | Unknown |
|-----|-----|---|---|---|

Creditor's Name

**LLC**
**666 Old Country Road, 7th**
**Floor**
**Garden City, NY 11530**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Unused Retainer - Quantum**

_____

**Describe the lien**
**Statutory Lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **Carmel, Milazzo & Feil LLP** | $27,500.00 | Unknown |
|-----|-----|---|---|

Creditor's Name

**55 West 39th Street**
**18th Floor**
**New York, NY 10018**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**Unused Retainer**

_____

**Describe the lien**
**Statutory Lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor    **Generex Biotechnology Corp.**
_____
Name

Case number (if known)    **22-bk-13166-PDR**
_____

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.8 | **Creek Mountain Partners, Inc.** | Describe debtor's property that is subject to a lien | $2,276,500.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**3292 Main Street**
**Exmore, VA 23350**

Creditor's mailing address

**Lien on 592,682 Acquired Shares in Olaregen Therapeutix, Inc.**

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.9 | **Morton Valihura and Zerbato LLC** | Describe debtor's property that is subject to a lien | $3,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**3704 Kennett Pike, Suite 200**
**Wilmington, DE 19807**

Creditor's mailing address

**Unused Retainer**

**Describe the lien**
**Statutory Lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.10 | **Oasis Capital, LLC** | Describe debtor's property that is subject to a lien | $1,320,776.00 | Unknown |
|---|---|---|---|---|

---

Debtor   **Generex Biotechnology Corp.**
_____
          Name                                      Case number (if known)   **22-bk-13166-PDR**

---

Creditor's Name

**208 Ponce de Leon Avenue**
**Ste. 1600**
**San Juan, PR 00918**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Collateral - any and all property of Debtor**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.11 | **The Doyle Law Firm** |
Creditor's Name

**4303 N. Central**
**Expressway**
**Dallas, TX 75205**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Unused Retainer**                          **$5,000.00**        **Unknown**

**Describe the lien**
**Statutory Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$3,717,110.39**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name **Generex Biotechnology Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **22-bk-13166-PDR**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143,484.47** | **$15,150.00** |

| 2.1 | |
|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **Brian T. McGee** | *Check all that apply.* |
| **c/o Zeifmans** | ☐ Contingent |
| **201 Bridgeland Avenue** | ☐ Unliquidated |
| **Toronto, Ontario** | ■ Disputed |
| **M6A 1Y7, Canada** | |
| Date or dates debt was incurred | Basis for the claim: |
| | **Commission - Accrued Director Fees** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.2 | | | Unknown | $0.00 |
|---|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | | |
| **Internal Revenue Service** | ☐ Contingent | | | |
| **Centralized Insolvency Operation** | ☐ Unliquidated | | | |
| **PO Box 21126** | ■ Disputed | | | |
| **Philadelphia, PA 19114-0326** | | | | |
| Date or dates debt was incurred | Basis for the claim: | | | |
| Last 4 digits of account number | Is the claim subject to offset? | | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | | |
| | ☐ Yes | | | |

| Debtor | **Generex Biotechnology Corp.** | Case number (if known) | **22-bk-13166-PDR** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113,420.09 | $15,150.00 |
|---|---|---|---|---|

**James H. Anderson, Jr. M.D.**
**c/o Diabetes and Cardiometabolic**
**Disease**
**Solutions Group LLC**
**969 Keystone Way**
**Carmel, IN 46032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation - Accrued Directors Fees**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62,792.51 | $15,150.00 |
|---|---|---|---|---|

**John P. Barratt**
**3200 Patrick Henry Dr**
**Santa Clara, CA 95054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation - Accrued Director Fees**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00 | $15,000.00 |
|---|---|---|---|---|

**MD Hanif**
**c/o BioPharma Services Inc**
**4000 Weston Rd,**
**Toronto, Ontario**
**M9L 3A2, Canada**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,416.67 | $15,150.00 |
|---|---|---|---|---|

**Nola Masterson**
**768 West California Way**
**Redwood City, CA 94062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Compensation - Accrued Directors Fees**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Generex Biotechnology Corp.** | Case number (if known) | **22-bk-13166-PDR** |
|---|---|---|---|

Name

---

**3.1** | Nonpriority creditor's name and mailing address

**AA Advance Air, Inc**
1920 N.W. 32nd St.
Pompano Beach, FL 33064

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.2** | Nonpriority creditor's name and mailing address

**AAA American Arbitration Ass.**
120 Broadway
Floor 21
New York, NY 10271

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ☒ No ☐ Yes

**$1,756.25**

---

**3.3** | Nonpriority creditor's name and mailing address

**ABG Patentes S. a/k/a ABG Intellectual**
Law S.L.
Avda. de Burgos 16 D
Edificio Euromo
28036 Madrid

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ☒ No ☐ Yes

**$1,620.00**

---

**3.4** | Nonpriority creditor's name and mailing address

**Access Storage**
137 Queens Plate Dr
Ebobicoke, ON M9W 6Z7

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.5** | Nonpriority creditor's name and mailing address

**Adam & Adams**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ☒ No ☐ Yes

**$160.38**

---

**3.6** | Nonpriority creditor's name and mailing address

**Allen & Gledhill**
Level 6, Menara 1 Dutamas, Solaris Dutam
No. 1, Jalan Dutamas 1
50480 Kuala Lumpur

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ☒ No ☐ Yes

**$710.00**

---

**3.7** | Nonpriority creditor's name and mailing address

**Alliance Advisors**
200 Broadacres Drive
3rd Floor
Bloomfield, NJ 07003

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | Generex Biotechnology Corp. | | Case number *(if known)* | 22-bk-13166-PDR |
|---|---|---|---|---|
| | Name | | | |

---

**3.8**

**Nonpriority creditor's name and mailing address**
Allliant Insurance Services Inc.
First Insurance Funding
1301 Dove Street
Ste. 200
Newport Beach, CA 92660

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$76,968.28

---

**3.9**

**Nonpriority creditor's name and mailing address**
Allliant Insurance Services Inc.-CNA
1301 Dove Street
Ste. 200
Newport Beach, CA 92660

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Service

Is the claim subject to offset? ■ No ☐ Yes

$5,615.28

---

**3.10**

**Nonpriority creditor's name and mailing address**
Alpha Capital Anstalt
LETTSTRASSE 32
FL-9490
VADUZ N2

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,052,553.00

---

**3.11**

**Nonpriority creditor's name and mailing address**
American Arbitration Association
120 Broadway
Floor 21
New York, NY 10271

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Service

Is the claim subject to offset? ■ No ☐ Yes

$24,415.00

---

**3.12**

**Nonpriority creditor's name and mailing address**
Annual Report Solutions
400 Capital Circle Southeast
Suite 18#32
Tallahassee, FL 32301

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Service

Is the claim subject to offset? ■ No ☐ Yes

$245.00

---

**3.13**

**Nonpriority creditor's name and mailing address**
Auctus Fund, LLC
545 Boylston Street
2nd Floor
Boston, MA 02116

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Convertible Note #2

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.14**

**Nonpriority creditor's name and mailing address**
Avem Medical, L.L.C.,
f/k/a MediSource Partners, LLC
9535 Forest Lane, Ste. 100A
Attn: Travis Bird, Director
Dallas, TX 75243

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Judgment

Is the claim subject to offset? ■ No ☐ Yes

$2,050,969.56

---

Debtor **Generex Biotechnology Corp.**                    Case number *(if known)*   **22-bk-13166-PDR**
Name

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,627.66** |
|---|---|---|---|

**Barket Epstein Kearon Aldea & LoTurco LLC**
**666 Old Country Road, 7th Floor**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400,450,000.00** |
|---|---|---|---|

**Bedford Capital Group, LLC**
**32 Cutler Road**
**Attn: Michael Caridi, Member**
**Greenwich, CT 06831**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Breach of Contract, Promissory Note__

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,100,000.00** |
|---|---|---|---|

**Beijing Youfeng Biological Technology Co., Ltd. - B Yard Xinlong Middle Street Gaobeidian, Chaoyang District**
**Attn: Wong, Xiaoyan, Chair of the Board**
**Beijing, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Breach of Contract__

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BHP Capital NY Inc**
**45 S.W. 9th Street**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Convertible Note #2__

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$347,151.28** |
|---|---|---|---|

**BHP Capital NY, Inc.**
**45 S.W. 9th Street**
**Attn: Bryan Pantofel, President**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Money Loaned__

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,328.75** |
|---|---|---|---|

**Bodwell Vasek Wells DeSimone LLP**
**8117 Preston Road**
**Suite 460**
**Dallas, TX 75225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Service__

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Box, Inc.**
**900 Jefferson Avenue**
**Redwood City, CA 94063-7504**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Service__

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Generex Biotechnology Corp.** | Case number (if known) | **22-bk-13166-PDR** |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address
**Brian Andersen  (Regentys)**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ☑ No ☐ Yes

**$38,295.00**

---

**3.23** | Nonpriority creditor's name and mailing address
**Brian Lauten, P.C.**
**3811 Turtle Creek Blvd**
**Dallas, TX 75219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,500.00**

---

**3.24** | Nonpriority creditor's name and mailing address
**Broadridge Financial Solutions Inc. ICS**
**5 Dakota Drive**
**New Hyde Park, NY 11042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$2,059.34**

---

**3.25** | Nonpriority creditor's name and mailing address
**Brooks Houghton & Company Inc.**
**One Stamford Plaza**
**9th Floor**
**Stamford, CT 06901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Due diligence fee on Veneto closing #1**

Is the claim subject to offset? ☑ No ☐ Yes

**$450,000.00**

---

**3.26** | Nonpriority creditor's name and mailing address
**Brooks Houghton & Company Inc.**
**One Stamford Plaza**
**9th Floor**
**Stamford, CT 06901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Due diligence fee on Veneto closing #2**

Is the claim subject to offset? ☑ No ☐ Yes

**$714,000.00**

---

**3.27** | Nonpriority creditor's name and mailing address
**Brooks Houghton & Company Inc.**
**One Stamford Plaza**
**9th Floor**
**Stamford, CT 06901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Due diligence fee on Regentys**

Is the claim subject to offset? ☑ No ☐ Yes

**$882,353.00**

---

**3.28** | Nonpriority creditor's name and mailing address
**Brooks Houghton & Company Inc.**
**One Stamford Plaza**
**9th Floor**
**Stamford, CT 06901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Due diligence fee on Olaregen**

Is the claim subject to offset? ☑ No ☐ Yes

**$705,882.00**

---

| Debtor | **Generex Biotechnology Corp.** | | Case number (if known) | **22-bk-13166-PDR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.29** | Nonpriority creditor's name and mailing address
**CFO Squad, LLC**
**1345 6th Avenue**
**33rd Floor**
**New York, NY 10105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: <u>  Service  </u>

Is the claim subject to offset? ■ No  ☐ Yes

**$356,594.17**

---

**3.30** | Nonpriority creditor's name and mailing address
**Clarke & Brody**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: <u>  Service  </u>

Is the claim subject to offset? ■ No  ☐ Yes

**$1,270.00**

---

**3.31** | Nonpriority creditor's name and mailing address
**Clarke, Modet & C° PERÚ**
**Av. Los Conquistadores 1136**
**San Isidro 15073, Peru**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: <u>  Services  </u>

Is the claim subject to offset? ■ No  ☐ Yes

**$7,763.27**

---

**3.32** | Nonpriority creditor's name and mailing address
**CT Corporation System**
**330 N Brand Blvd**
**Ste 700**
**Glendale, CA 91203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: <u>  Service  </u>

Is the claim subject to offset? ■ No  ☐ Yes

**$636.00**

---

**3.33** | Nonpriority creditor's name and mailing address
**Delaware Taxing Authority**
**Division of Revenue**
**820 N. French Street**
**Wilmington, DE 19801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: <u>  Franchise Tax  </u>

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.34** | Nonpriority creditor's name and mailing address
**Depository Trust and Clearing Corp. DTCC**
**55 Water Street**
**New York, NY 10041**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: <u>  Serviec  </u>

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.35** | Nonpriority creditor's name and mailing address
**Discover Growth Fund LLC**
**5330 Yacht Haven Grande**
**Ste. 206**
**St Thomas, VI 00802**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: <u>  Convertible Note  </u>

Is the claim subject to offset? ■ No  ☐ Yes

**$2,200,000.00**

---

| Debtor | Generex Biotechnology Corp. | | Case number (if known) | 22-bk-13166-PDR |
|---|---|---|---|---|
| | Name | | | |

---

**3.36** Nonpriority creditor's name and mailing address

Donohoe Advisory Associates LLC
9901 Belward Campus Drive
Suite 175
Rockville, MD 20850

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.37** Nonpriority creditor's name and mailing address

Doty/Scott Enterprises, Inc.
9920 Pacific Heights Blvd
Suite 15
San Diego, CA 92121

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ☑ No ☐ Yes

$50,486.09

---

**3.38** Nonpriority creditor's name and mailing address

Eckert Seamans Cherin Mellott LLC
2 International Place
Suite 1600
Boston, MA 02110

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ☑ No ☐ Yes

$1,555,038.09

---

**3.39** Nonpriority creditor's name and mailing address

eResearch Technology inc
1818 Market Street
Suite 1000
Philadelphia, PA 19103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ☑ No ☐ Yes

$1,416.72

---

**3.40** Nonpriority creditor's name and mailing address

Fibernetics Business Services
605 Boxwood Drive
Cambridge, ON  N3E1A5

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.41** Nonpriority creditor's name and mailing address

First Insurance Funding a Wintrust
Company
450 Skokie Boulevard
Suite 1000
Northbrook, IL 60062

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$84,197.00

---

**3.42** Nonpriority creditor's name and mailing address

Firstfire Global Opportunities Fund, LLC
1040 First Avenue
Ste. 190
New York, NY 10022

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Convertible Note__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Generex Biotechnology Corp.** | Case number (if known) | **22-bk-13166-PDR** |
|---|---|---|---|
| | Name | | |

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44.78**

**FOLIOfn Investments, Inc.**
**8180 Greensboro Drive**
**8th Floor**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Service_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**GediWeb Solutions**
**4581 Weston Rd, #292**
**Fort Lauderdale, FL 33331**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Services_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**GoDaddy.com LLC**
**14455 N. Hayden Rd., Suite 219**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Services_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$137,511.85**

**Golden Bull Estates, Ltd.**
**Suite 3501-33 Harbour Square**
**Toronto, Ontario**
**MSJ 2G**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Group 10**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Convertible Note_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,930,111.78**

**GS Capital Partners, LLC**
**1 East Liberty Street, Ste. 600**
**Attn: Mendy Piekarski, Gen. Counsel**
**Reno, NV 89501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Money Loaned_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$553,496.00**

**GS Capital Partners, LLC**
**1 East Liberty Street, Ste. 600**
**Attn: Mendy Piekarski, Gen. Counsel**
**Reno, NV 89501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Convertible Note_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Generex Biotechnology Corp.** | Case number (if known) | **22-bk-13166-PDR** |
|---|---|---|---|
| | Name | | |

---

**3.50**

**Nonpriority creditor's name and mailing address**
**H5 Colo Associates**
**12712 Park Central Drive Suite 200**
**Dallas, TX 75251**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                    **$3,649.50**
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Service

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51**

**Nonpriority creditor's name and mailing address**
**Hemma Diagnostic Systems, LLC (HDS)**
**10102 USA Today Way**
**Miramar, FL 33025**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                    **$555,705.00**
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  HDS Expenses fund request - Intercompany

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52**

**Nonpriority creditor's name and mailing address**
**Henry J. Jackson Foundation**
**6720A Rockledge Drive**
**Bethesda, MD 20817**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                    **$5,976,451.00**
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Study Conducted

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53**

**Nonpriority creditor's name and mailing address**
**HMBL Consulting LLC**
**9224 Meadowglen Drive**
**Dallas, TX 75238-3333**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                    **$5,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Accounting Fees

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54**

**Nonpriority creditor's name and mailing address**
**HostGator.com**
**5005 Mitchelldale Suite #100**
**Houston, TX 77092**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Service

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55**

**Nonpriority creditor's name and mailing address**
**Ice Systems, Inc.**
**100 Patco Court**
**Suite 9**
**Islandia, NY 11749-1522**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                    **$58.21**
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Service

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56**

**Nonpriority creditor's name and mailing address**
**Infectious Disease Research Institute**
**c/o Access to Advanced Health Institute**
**1616 Eastlake Avenue**
**Ste. 400**
**Seattle, WA 98102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                    **$16,136.59**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Service

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Generex Biotechnology Corp.** | Case number (if known) | **22-bk-13166-PDR** |
|---|---|---|---|
| | Name | | |

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Institute IEMIR**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$99,150.80**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Intrado Corporation**
**11808 Miracle Hills Drive**
**Lincoln, NE 68514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$23,350.10**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**INVeSHARE Inc.**
**3780 Mansell Road**
**Ste. T35**
**Alpharetta, GA 30022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ■ No ☐ Yes

**$385.50**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**IssuerDirect**
**One Glenwood Avenue**
**Ste. 1001**
**Garland, TX 75042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Jefferson Street Capital LLC**
**900 Monroe Street**
**Ste. 908**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Convertible Notes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.62**

**Nonpriority creditor's name and mailing address**

**Jefferson Street Capital LLC**
**900 Monroe Street**
**Suite 908**
**Hoboken, NJ 07030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Convertible Note 1 & 2__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**Julio C. Guerre**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ■ No ☐ Yes

**$1,840.00**

---

| Debtor | Generex Biotechnology Corp. | | Case number (if known) | 22-bk-13166-PDR |
|---|---|---|---|---|
| | Name | | | |

**3.64**

Nonpriority creditor's name and mailing address
**Lippes Mathias Wexler Freidman LLP**
**50 Fountain Plaza**
**Suite 1700**
**Buffalo, NY 14202**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$1,479.75**

---

**3.65**

Nonpriority creditor's name and mailing address
**MarQonsult IP Sdn Bhd**
**B706 Level 7, Block B Kelana Square**
**Jalan SS7/26 Kelana Jaya**
**47301 Petaling Jaya**
**Selangor, Malaysia**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$141.00**

---

**3.66**

Nonpriority creditor's name and mailing address
**Marshall Shichtman & Associates, P.C**
**1 Old Country Road**
**Ste. 360**
**Carle Place, NY 11514**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$297,985.47**

---

**3.67**

Nonpriority creditor's name and mailing address
**Mazars USA LLP**
**135 West 50th Street**
**New York, NY 10020**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$135,000.00**

---

**3.68**

Nonpriority creditor's name and mailing address
**Mediant Communications Inc.**
**17 State Street**
**New York, NY 10004**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$123.10**

---

**3.69**

Nonpriority creditor's name and mailing address
**MediSource Partners LLC**
**1505 Federal Street**
**Dallas, TX 75201**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Intercompany due from Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$650,308.00**

---

**3.70**

Nonpriority creditor's name and mailing address
**Michael Caridi**
**32 Cutler Road**
**Greenwich, CT 06831-2509**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Convertible Notes**

Is the claim subject to offset? ■ No ☐ Yes

**$94,550.00**

---

Debtor **Generex Biotechnology Corp.**
Name

Case number (if known)  **22-bk-13166-PDR**

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Microsoft Corporation**
One Microsoft Way
Redmond, WA 98052

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,149.14** |

**MNP LLP**
330 5th Avenue SW
Suite 2000
Calgary, AB
T2P 0L4, CANADA

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service,**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$320,000.00** |

**NDS Letko Loans**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,435.71** |

**Nelson Mullins Riley and Scarbo LLP**
100 S.E. 3rd Avenue
Ste. 2700
Fort Lauderdale, FL 33394

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,000.00** |

**Nextrials Inc.**
2010 Crow Canyon Place
Ste. 410
San Ramon, CA 94583

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500,000.00** |

**NuGenerex Diagnostics LLC**
10102 USA Today Way
Miramar, FL 33025

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Intercompany due from Debtor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,100,000.00** |

**NuGenerex Immuno-Oncology, Inc.**
10102 USA Today Way
Miramar, FL 33025

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Intercompany due from Debtor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Generex Biotechnology Corp. | | Case number (if known) | 22-bk-13166-PDR |
|---|---|---|---|---|
| | Name | | | |

**3.78**

Olaregen Therapeutix, Inc.
1001 6th Avenue
2nd Floor
New York, NY 10018

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Intercompany from Debtor**

Is the claim subject to offset? ☒ No ☐ Yes

Date(s) debt was incurred __
Last 4 digits of account number __

**$9,607,882.77**

---

**3.79**

Olivares & CIA
Pedro Luis Ogazón 17
Col. San Ángel, 01000
Ciudad de Mexico

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Service**

Is the claim subject to offset? ☒ No ☐ Yes

Date(s) debt was incurred __
Last 4 digits of account number __

**$1,160.00**

---

**3.80**

Pantheon Medical – Foot & Ankle, LLC
9535 Forest Lane, Ste. 100A
Attn: Travis Bird, Director
Dallas, TX 75243

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset? ☒ No ☐ Yes

Date(s) debt was incurred __
Last 4 digits of account number __

**$2,036,756.60**

---

**3.81**

Papula Nevinpat
POB 981
FI-00101 Helsinki
Finland

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Service**

Is the claim subject to offset? ☒ No ☐ Yes

Date(s) debt was incurred __
Last 4 digits of account number __

**$4,100.00**

---

**3.82**

Patentpross

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Service**

Is the claim subject to offset? ☒ No ☐ Yes

Date(s) debt was incurred __
Last 4 digits of account number __

**$423.44**

---

**3.83**

Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Services - Accounting**

Is the claim subject to offset? ☒ No ☐ Yes

Date(s) debt was incurred __
Last 4 digits of account number __

**Unknown**

---

**3.84**

Piper Sandler Companies
800 Nicollet Mall
Suite 900
Minneapolis, MN 55402

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Service**

Is the claim subject to offset? ☒ No ☐ Yes

Date(s) debt was incurred __
Last 4 digits of account number __

**$1,949.73**

---

| Debtor | **Generex Biotechnology Corp.** | Case number (if known) | **22-bk-13166-PDR** |
|---|---|---|---|
| | Name | | |

---

**3.85**

Nonpriority creditor's name and mailing address

**Platinum Point Capital LLC**
**363 Lexington Avenue**
**Ste. 1502**
**New York, NY 10016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Convertible Notes__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,466.00**

---

**3.86**

Nonpriority creditor's name and mailing address

**Prout International IP LLC**
**17415 25th Ave N**
**Minneapolis, MN 55447**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,856.00**

---

**3.87**

Nonpriority creditor's name and mailing address

**PSI CRO AG**
**Baarerstrasse 113a**
**6300 Zug**
**Switzerland**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ☑ No ☐ Yes

**$906,209.64**

---

**3.88**

Nonpriority creditor's name and mailing address

**Quantum Media Group, LLC**
**c/o Ari Zoldan**
**424 West 33rd Street**
**6th Floor**
**New York, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consulting Fees__

Is the claim subject to offset? ☑ No ☐ Yes

**$14,572.00**

---

**3.89**

Nonpriority creditor's name and mailing address

**Regentys Corporation f/k/a Asana Medical**
**6135 NW 167th Street**
**Ste. E15**
**Hialeah, FL 33015**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Payments/Transfer to Subsidiariess__

Is the claim subject to offset? ☑ No ☐ Yes

**$13,859,712.18**

---

**3.90**

Nonpriority creditor's name and mailing address

**RGN Regus**
**4145 North Service Road, 2nd Floor**
**Burlington, ON  L7L6A3**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ☑ No ☐ Yes

**$55.37**

---

**3.91**

Nonpriority creditor's name and mailing address

**Richard D. Purcell**
**c/o DNA Healthlink, Inc.**
**68 White Street, Ste. 197**
**Red Bank, NJ 07701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,992.68**

---

Debtor **Generex Biotechnology Corp.**

Name

Case number (if known) **22-bk-13166-PDR**

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,339.00 |
|---|---|---|---|

**Royal Bank of Canada**
**10 York Mills Road**
**Toronto, ON**
**M2P 0A2, CANADA**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **as of 12/29/21**

Basis for the claim:  **Other - Credit Card**

Last 4 digits of account number  **6957**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,072.40 |
|---|---|---|---|

**Royal Bank of Canada**
**10 York Mills Road**
**Toronto, ON**
**M2P 0A2, CANADA**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  **1933**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,837.54 |
|---|---|---|---|

**Russo Partners LLC**
**12 West 27th Street**
**4th Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Service**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sage Intacct**
**300 Park Avenue**
**Ste. 1400**
**San Jose, CA 95110**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Service**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Securities and Exchange Commission**
**100 F Street, NE**
**Washington, DC 20549**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.52 |
|---|---|---|---|

**Securities Transfer Corporation**
**1601 Elm Street**
**Ste. 4600**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Service**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,665.66 |
|---|---|---|---|

**Shareholder.com**
**325 Donald Lynch Boulevard**
**Marlborough, MA 01752**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Service**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Generex Biotechnology Corp.**                    Case number (if known)  **22-bk-13166-PDR**

Name

---

**3.99**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          **$17.00**
Shumway Van
8 East 300 Street, Ste. #550                    ☐ Contingent
Salt Lake City, UT 84111                    ☐ Unliquidated
                                            ■ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _          Basis for the claim:  **Service**

                                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          **Unknown**
Sichenzia Ross Ference
1185 Avenue of the Americas, 37th Floor          ☐ Contingent
New York, NY 10036                    ☐ Unliquidated
                                            ■ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _          Basis for the claim:  **Service**

                                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          **$1,417.00**
SimpleSEC
9911 Rose Commons Drive, #E770                    ☐ Contingent
Huntersville, NC 28078                    ☐ Unliquidated
                                            ■ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _          Basis for the claim:  **Service**

                                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          **$532,718.05**
SNK Unlimited
                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ■ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _          Basis for the claim:  **Sunjay Kumar**

                                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          **$478.70**
Staas & Halsey LLP
1201 New York Avenue, N.W                    ☐ Contingent
7th Floor                                    ☐ Unliquidated
Washington, DC 20005                    ■ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _          Basis for the claim:  **Service**

                                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          **$197.37**
Suzuye & Suzuye
11th Floor, Celestine Shiba Mitsui Bldg          ☐ Contingent
3-23-1 Shiba, Minato-ku, Tokyo                    ☐ Unliquidated
105-0014, Japan                            ■ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _          Basis for the claim: _

                                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          **$35,995.83**
Tarter Krinsky and Drogin LLP IOLA
1350 Broadway                            ☐ Contingent
New York, NY 10018                    ☐ Unliquidated
                                            ■ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _          Basis for the claim:  **Service**

                                            Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Generex Biotechnology Corp.** | Case number (if known) | **22-bk-13166-PDR** |
|---|---|---|---|
| | Name | | |

**3.106** Nonpriority creditor's name and mailing address
The Doyle Law Firm
4303 N. Central Expressway
Dallas, TX 75205

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$17,709.64**

**3.107** Nonpriority creditor's name and mailing address
The Rosner Law Group LLC
824 N. Market Street
Suite 810
Wilmington, DE 19801

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$6,397.65**

**3.108** Nonpriority creditor's name and mailing address
Thermo Fischer Scientific
168 Third Avenue
Waltham, MA 02451

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$35,278.00**

**3.109** Nonpriority creditor's name and mailing address
Three Brothers Trading, LLC d/b/a
Alternative Execution Group
Attn: Richard Alter, Member
708 Third Avenue
New York, NY 10017

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

**$3,892,049.92**

**3.110** Nonpriority creditor's name and mailing address
Travis Bird
5670 S. Wynn Road, Ste. D
Las Vegas, NV 89118

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

**$2,102,399.09**

**3.111** Nonpriority creditor's name and mailing address
University of California San Diego
9500 Gilman Drive
La Jolla, CA 92093

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$342,259.50**

**3.112** Nonpriority creditor's name and mailing address
Vast Conference
222 N. Pacific Coast Highway
Ste. 2000-470
El Segundo, CA 90245

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$4,215.56**

| Debtor | Generex Biotechnology Corp. | | Case number (if known) | 22-bk-13166-PDR |
|---|---|---|---|---|
| | Name | | | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,222,469.00 |
|---|---|---|---|

**Verne Zaphe**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Watson & Taylor Self Storage**
**4417 Forest Lane**
**Garland, TX 75042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Service - Storage Units 408, 3130, 3116_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Whitley Penn LLP**
**640 Taylor Street**
**Ste. 2200**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Service_

Is the claim subject to offset? ☑ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Brans, Lehun, Baldwin LLP<br>2401-120 Adelaide St. W.<br>Toronto, ON M5H 1T1<br>CA | Line **3.46**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Gibbons P.C.<br>300 Delaware Avenue<br>Ste. 1050<br>Attn: Christopher Viceconte, Esq.<br>Wilmington, DE 19801 | Line **3.35**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Mark D. Hildreth, Esq.<br>SHUMAKER, LOOP & KENDRICK, LLP<br>Post Office Box 49948<br>Sarasota, FL 34230-6948 | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Mark D. Hildreth, Esq.<br>SHUMAKER, LOOP & KENDRICK, LLP<br>Post Office Box 49948<br>Sarasota, FL 34230-6948 | Line **3.80**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Mark D. Hildreth, Esq.<br>SHUMAKER, LOOP & KENDRICK, LLP<br>Post Office Box 49948<br>Sarasota, FL 34230-6948 | Line **3.110**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Generex Biotechnology Corp.** | | Case number (if known) | **22-bk-13166-PDR** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | **Reed & Giordano, P.A.**<br>**47 Winter Street**<br>**Ste. 800**<br>**Boston, MA 02108-4706** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Sarafay and Associates, P.C.**<br>**1 North Sherri Lane**<br>**Spring Valley, NY 10977** | Line **3.88**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Zachary P. Hyman, Esq.**<br>**MILLENNIAL LAW, INC.**<br>**501 East Las Olas Blvd, Suite 200/308**<br>**Fort Lauderdale, FL 33301** | Line **3.109**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Zachary P. Hyman, Esq.**<br>**MILLENNIAL LAW, INC.**<br>**501 East Las Olas Blvd, Suite 200/308F**<br>**Fort Lauderdale, FL 33301** | Line **3.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Zachary P. Hyman, Esq.**<br>**MILLENNIAL LAW, INC.**<br>**501 East Las Olas Blvd, Suite 200/308**<br>**Fort Lauderdale, FL 33301** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Zachary P. Hyman, Esq.**<br>**Millenial Law, Inc.**<br>**501 East Las Olas Blvd, Suite 200/308**<br>**Fort Lauderdale, FL 33301** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Zachary P. Hyman, Esq.**<br>**MILLENNIAL LAW, INC.**<br>**501 East Las Olas Blvd, Suite 200/308**<br>**Fort Lauderdale, FL 33301** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 363,113.74 |
| **5b. Total claims from Part 2** | 5b. + | $ 517,548,103.24 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ 517,911,216.98 |

**Fill in this information to identify the case:**

Debtor name   **Generex Biotechnology Corp.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **22-bk-13166-PDR**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Ii-Key Innovative Vaccine Development Agreement entered on November 13, 2020 [This agreement was noted by most recent SEC filing and we are still investigating if they are active]** | |
| | State the term remaining | | **Beijing Zhonghua Investment Fund Management Co., Ltd. 1/f, Block A, China Technology Exchange Building, 66 North Fourth Ring Rd. Haidian District, Beijing, China** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution and Licensing Agreement entered on October 5, 2020 [This agreement was noted by most recent SEC filing and we are still investigating if they are active]** | |
| | State the term remaining | | **Bintai Healthcare SDN BHD 3-2-8 Kompleks Kantonmen Prima, No. 698 Jalan Ipoh 51200 Kuala Lumpur, Malaysia** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Laboratory Services Agreement and Statement of Work Agreement entered on June 2, 2020 [This agreement was noted by most recent SEC filing and we are still investigating if they are active]** | |
| | State the term remaining | | **Cellular Technology Limited 441 Lexington Avenue 3rd Floor New York, NY 10017** |

| Debtor 1 | Generex Biotechnology Corp. | | Case number *(if known)* | 22-bk-13166-PDR |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | | **GH Care, Inc. DBA ALTuCELL, Inc.("** <br> **561 Acorn Street** <br> **Unit I** <br> **Deer Park, NY 11729** |
| | List the contract number of any government contract | _____ | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Study Agreement entered on February 1, 2007 [This agreement was noted by most recent SEC filing and we are still investigating if they are active]** | |
|---|---|---|---|
| | State the term remaining | | **Henry J. Jackson Foundation** <br> **6720A Rockledge Drive** <br> **Bethesda, MD 20817** |
| | List the contract number of any government contract | _____ | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Forbearance Agreement entered on September 1, 2013 [This agreement was noted by most recent SEC filing and we are still investigating if they are active]** | |
|---|---|---|---|
| | State the term remaining | | **Henry J. Jackson Foundation** <br> **6720A Rockledge Drive** <br> **Bethesda, MD 20817** |
| | List the contract number of any government contract | _____ | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Trial Agreement entered on November 20, 2018 [This agreement was noted by most recent SEC filing and we are still investigating if they are active]** | |
|---|---|---|---|
| | State the term remaining | | **NSABP Foundation, Inc.** <br> **Nova Tower 2** <br> **Two Allegheny Center, Ste. 1200** <br> **Pittsburgh, PA 15212** |
| | List the contract number of any government contract | _____ | |

Debtor 1 **Generex Biotechnology Corp.**
     First Name     Middle Name     Last Name

Case number *(if known)*  **22-bk-13166-PDR**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**Stock Purchase Agreement**

State the term remaining

**Regentys Corporation**
**6135 NW 167th**
**Ste. E15**
**Hialeah, FL 33015**

List the contract number of any government contract

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

**Ii-Key Innovative Vaccine Development Agreement entered on November 13, 2020 [This agreement was noted by most recent SEC filing and we are still investigating if they are active]**

State the term remaining

**Sinotek-Advocates International Industry Development (Shenzhen) Co., LTD.**
**Ste. 201, Bldg. A, 1 Qianwan 1st Road**
**Qianhai Shenzhen-Hong Kong Corp Zone**
**Shenzhen, China**

List the contract number of any government contract

---

**Fill in this information to identify the case:**

Debtor name __**Generex Biotechnology Corp.**__

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    __**22-bk-13166-PDR**__

☐ Check if this is an
     amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br><br> City ____ State ____ Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br><br> City ____ State ____ Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br><br> City ____ State ____ Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br><br> City ____ State ____ Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name  **Generex Biotechnology Corp.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **22-bk-13166-PDR**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:  Income**

1.  **Gross revenue from business**

   ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Anthony Crisci**<br>**39 Russett Road**<br>**Sandy Hook, CT 06482**<br>**Chief Legal & Administrative Officer** | 04/07/21;<br>07/16/21 | $45,020.00 | **Payment to Directors & Officers** |

Debtor  **Generex Biotechnology Corp.**                                    Case number *(if known)*  **22-bk-13166-PDR**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.  **Andrew Ro**<br>New York, NY<br>**Chief Investment Officer / Director** | 05/10/21;<br>07/19/21 | $40,020.00 | **Payment to Directors & Officers** |
| 4.3.  **PcConsulting Group**<br>73 Waterfall Rd<br>Woodbrige<br>ON L4L 5B3<br>Canada | 05/10/21;<br>07/16/21 | $40,020.00 | **Constitutes Payments to Directors & Officers** |
| 4.4.  **Mark Joseph Corrao**<br><br>**Chief Financial Officer** | 05/10/21;<br>07/16/21 | $50,000.00 | **Payments to Directors & Officers** |
| 4.5.  **Terry Thompson**<br><br>**Chief Operating Officer** | 05/10/21;<br>07/16/21 | $50,000.00 | **Payments to Directors & Officers** |
| 4.6.  **Jason Terrell MD**<br>c/o Volition<br>1489 W Warm Springs Rd<br>Henderson, NV 89014<br>**Chief Scientific & Medical Officer** | 05/10/21;<br>07/16/21 | $50,000.00 | **Payments to Directors & Officers** |
| 4.7.  **Dr. Eric von Hofe**<br>**Wellesley Hills, MA**<br>Officer of NGIO | 05/10/21;<br>07/16/21 | $45,020.00 | **Payments to Directors & Officers** |
| 4.8.  **Shore Research and Development LLC**<br>f/b/o John Hall<br>PO Box 482, Brielle<br>Brielle, NJ 08730<br>**Director and Officer** | 05/10/21;<br>07/16/21 | $45,020.00 | **Payments to Directors & Officers** |
| 4.9.  **DNA Healthlink**<br>c/o Richard Purcelll<br>68 White Street<br>Ste. 197<br>Red Bank, NJ 07701 | 07/16/21 | $100,000.00 | **constituted payment to Richard Purcell, EVP of Research & Drug Development** |
| 4.10.  **Quantum LifeSciences, Inc.**<br>6610 North University Drive<br>Ste. 220<br>Fort Lauderdale, FL 33321<br>owned by CEO Joe Moscato | 07/16/21 | $20,020.00 | **Payments to Directors & Officers** |
| 4.11.  **SNK Unlimited, Inc.**<br>21490 W Dixie Highway<br>Miami, FL 33180 | 07/16/21 | $20,020.00 | **constituted payment to Director & Officer** |
| 4.12.  **Todd Falls**<br>2792 Rosewood Lane<br>Oakville, ON<br>L6J 7M4<br>**Investor Relations Officer** | | $20,020.00 | **Payments to Directors & Officers** |
| 4.13.  **Joseph Moscato**<br>10102 USA Today Way<br>Miramar, FL 33025<br>**Chief Executive Officer** | Various<br>Dates | $104,500.00 | **personal use of corporate credit card** |

5.  Repossessions, foreclosures, and returns

Debtor    **Generex Biotechnology Corp.**                                     Case number *(if known)*  **22-bk-13166-PDR**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **In re: Alpha Capital Anstalt v. Generex Biotechnology Corp. and Joseph Moscato,** Index No. 650918/2019 | | **New York Supreme Court 60 Centre Street New York, NY 10007** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **In re: AVEM Medical, LLC, formerly known as MediSource Partners, LLC and Pantheon Medical - Foot & Ankle, LLC v. Generex Biotechnology Corp. and subsidiary NuGenerex Distribution Solutions, LLC** CACEZ-2001-5691 | | **Broward County Circuit Court 201 Southeast 6th Street Fort Lauderdale, FL 33301** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. **In re: Marcos Velez and Nerva Garcia v. NuGenerex Diagnostic LLC, Generex Biotechnology Corporation, and Joseph Moscato** 19-cv-62625 RS | Unpaid Wages | **United States District Court Southern District of Florida 400 North Miami Avenue Miami, FL 33128** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. **In re: Three Brothers Trading LLC, d/b/a Alternative Execution Group v. Generex Biotechnology Corp.** Case No. 18-cv-11585-KP | | **New York Southern District Court 500 Pearl Street New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **In re: Quantum Media Group, LLC v. Generex Biotechnology Corp.** Index No. 652642/2021 | | **Supreme Court of the State of New York 60 Centre Street New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | Generex Biotechnology Corp. | | Case number *(if known)* 22-bk-13166-PDR |
|---|---|---|---|

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| Ryniker Consultants LLC<br>156 Dubois Avenue<br>Sea Cliff, NY 11579 | Unknown | $0.00 |

| | Case title<br>**Three Brothers Trading LLC v. Generex** | Court name and address<br>**New York Southern** |
|---|---|---|
| | **Case number**<br>Case No. 18-cv-11585-KP | **District Court**<br>One Pearl Street |
| | **Date of order or assignment** | New York, NY |

---

### Part 4:   Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **Generex Biotechnology Corp.**                                      Case number *(if known)*   **22-bk-13166-PDR**

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Generex Biotechnology Corp.**                                   Case number *(if known)* __22-bk-13166-PDR__

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Generex Biotechnology Corp.** | Case number *(if known)* | **22-bk-13166-PDR** |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| **26a.1.**    **CFO Squad**<br>1345 6th Avenue<br>33rd Floor<br>New York, NY 10105 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| **26b.1.**    **MNP, LLP**<br>330 5th Avenue SW<br>Suite 2000<br>Calgary, AB<br>T2P 0L4 CANADA | |

| Name and address | Date of service<br>From-To |
|---|---|
| **26b.2.**    **Mazars USA LLP**<br>135 West 50th Street<br>New York, NY 10020-1299 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| **26c.1.**    **CFO Squad, LLC**<br>1345 6th Avenue<br>33rd Floor<br>New York, NY 10105 | |
| **26c.2.**    **MNP LLP**<br>330 5th Avenue SW<br>Suite 2000<br>Calgary, AB<br>T2P 0L4, CANADA | |
| **26c.3.**    **Mazars USA LLP**<br>135 West 50th Street<br>New York, NY 10020 | |
| **26c.4.**    **Joe Moscato**<br>10102 USA Today Way<br>Hollywood, FL 33025 | |

Debtor **Generex Biotechnology Corp.**      Case number *(if known)* **22-bk-13166-PDR**

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.5.    **Paul Chiapetta**<br>c/o Pc Consulting Group<br>73 Waterfall Road<br>Woodbrige, ON<br>L4L 5B3, Canada | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Joseph Moscato | 10102 USA Today Way<br>Miramar, FL 33025 | CEO, President and Chairman of the Board | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Andrew Ro | New York, NY | Chief Investment Officer, Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Mark Corrao | | Chief Financial Officer, Treasurer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Terry Thompson | | Chief Operating Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Anthony Crisci, Esq, CPA | | Chief Legal Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Richard Purcell | | Executive Vice President of Research & Drug Development | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Dr. Jason Terrell MD | | Chief Scientific Officer | |

Debtor    **Generex Biotechnology Corp.**                    Case number *(if known)*   **22-bk-13166-PDR**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Craig Eagle, MD | | Independent Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian T. McGee | | Independent Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. James H. Anderson, Jr., MD | | Independent Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lawrence Salvo | | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Prioletti | | Independent Director | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Anthony Crisci<br>39 Russett Road<br>Sandy Hook, CT 06842 | $45,020.00 | 04/07/21 and 07/16/21 | Alleged Compensation |
| | Relationship to debtor<br>Chief Legal & Administrative Officer | | | |
| 30.2. | Andrew Ro | $40,020.00 | 05/10/21 and 07/19/21 | Alleged Compensation |
| | Relationship to debtor<br>Chief Investment Officer / Director | | | |

Debtor    **Generex Biotechnology Corp.**                                   Case number *(if known)*  **22-bk-13166-PDR**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **PC Consulting Group** | $40,020.00 | 05/10/21 and 07/16/21 | Alleged Compensation |
| | **Relationship to debtor** | | | |
| 30.4. | **Mark Corrao** | $50,000.00 | 05/10/21 and 07/16/21 | Alleged Compensation |
| | **Relationship to debtor** **Chief Financial Officer** | | | |
| 30.5. | **Terry Thompson** | $50,000.00 | 05/10/21 and 07/16/21 | Alleged Compensation |
| | **Relationship to debtor** **Chief Operating Officer** | | | |
| 30.6. | **Jason Terrell** | $50,000.00 | 05/10/21 and 07/16/21 | Alleged Compensation |
| | **Relationship to debtor** **Chief Scientific & Medical Officer** | | | |
| 30.7. | **Eric von Hofe** | $45,020.00 | 05/10/21 and 07/16/21 | Alleged Compensation |
| | **Relationship to debtor** **Officer of NGIO** | | | |
| 30.8. | **Shore Research and Development LLC f/b/o John Hall P.O. Box 482 Brielle, NJ 08730** | $45,020.00 | 05/10/21 and 07/16/21 | Alleged Compensation |
| | **Relationship to debtor** **Director and Officer** | | | |
| 30.9. | **DNA Healthlink** | $100,000.00 | 07/16/21 | Alleged Compensation |
| | **Relationship to debtor** | | | |
| 30.10. | **Quantum LifeSciences, Inc. 6610 North University Drive Ste. 220 Fort Lauderdale, FL 33321** | $20,020.00 | 07/16/21 | Alleged Compensation |
| | **Relationship to debtor** **owned by CEO Joseph Moscato** | | | |

Debtor **Generex Biotechnology Corp.**                    Case number *(if known)* **22-bk-13166-PDR**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 1. | **SNK Unlimited, Inc.** **21490 W Dixie Highway** **Miami, FL 33180** | **$20,020.00** | **07/16/21** | **Alleged Compensation** |
| | Relationship to debtor | | | |
| 30.1 2. | **Todd Falls** | **$20,020.00** | | **Alleged Compensation** |
| | Relationship to debtor **Investor Relations Officer** | | | |
| 30.1 3. | **Joseph Moscato** **10102 USA Today Way** **Concord, NH 03302-5000** | **$104,500.00** | **Various Dates** | **Alleged Compensation** |
| | Relationship to debtor **Chief Executive Officer** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** Signature and Declaration

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 23, 2022**

**/s/ Marc P. Barmat**                    **Marc P. Barmat**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chapter 7 Trustee for the Debtor's estate**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes