**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

**GENEREX BIOTECHNOLOGY CORP,**           Case No.: 22-13166-BKC-PDR
                                          Chapter 7
    Debtor.
_____/

**TRUSTEE'S *EX-PARTE* APPLICATION FOR EMPLOYMENT OF**
**BARRY E. MUKAMAL, CPA AND KAPILAMUKAMAL, LLP AS ACCOUNTANTS**
***EFFECTIVE* SEPTEMBER 13, 2022**

Marc P. Barmat, as Trustee for the estate of the above-captioned Debtor (the "Trustee"), applies (the "Application") on an *ex parte* basis pursuant to 11 U.S.C § 327(a), Rule 2014(a), Fed.R.Bank.P. 2014 and Fed.R.Bankr.P. 2016, and Local Rule 9013-1(c)(d), for authorization and approval of the employment of Barry E. Mukamal, CPA ("Mukamal") and the accounting firm of KapilaMukamal, LLP Certified Public Accountants (collectively "KM") as accountants for the Trustee *effective* September 13, 2022, and respectfully represents:

    1.    The undersigned is the duly appointed, qualified and acting Trustee in this case.

    2.    In order for the Trustee to properly discharge his duties in this case, it is essential that he employ accountants to assist him in tax compliance filings and other financial matters. The Trustee has selected KM because of its extensive experience and expertise in bankruptcy and related matters.

    3.    Barry E. Mukamal, CPA and Soneet Kapila, CPA are both partners of the firm KapilaMukamal, LLP ("KM") and both serve as members of the Chapter 7 Panel of Trustee's in the Southern District of Florida. Soneet R. Kapila is also in the pool of the

66602736;1

Sub Chapter V Trustees.

4. The Trustee seeks to employ KM to render the following professional services to the Trustee:

(a) review of all financial information prepared by the Debtor or its accountants, including but not limited to a review of the Debtor's financial information as of the date of the filing of the petition, its assets and liabilities, and its secured and unsecured creditors;

(b) review and analysis of the organizational structure of and financial interrelationships among the Debtor and its affiliates and insiders, including a review of the books of such companies or persons as may be requested;

(c) review and analysis of transfers to and from the Debtor to third parties, both pre-petition and post-petition;

(d) attendance at meetings with the Debtor, its creditors, the attorneys of such parties, and with federal, state, and local tax authorities, if requested;

(e) review of the books and records of the Debtor for potential preference payments, fraudulent transfers, or any other matters that the Trustee may request;

(f) the rendering of such other assistance in the nature of accounting services, financial consulting, valuation issues, or other financial projects as the Trustee may deem necessary.

(g) preparation of estate tax returns.

(h) review of the Debtor's net operating losses and the Estate's ability to monetize same.

5. KM neither holds nor represents any interest adverse to the estate in the

matters upon which it is to be employed, is a "disinterested person" as that term is defined by 11 U.S.C. § 101(14) and § 327(a) and (d), and its employment would be in the best interest of the estate and its creditors. An affidavit in support of this application is attached hereto as **Exhibit A**.

6.   KM has agreed to perform the foregoing services at the ordinary and usual hourly billing rates of its members who will perform services in this matter. KM will incur out-of-pocket disbursements in the rendition of the services for which it shall seek reimbursement. KM recognizes that its compensation is subject to approval and adjustment by the Court in accordance with 11 U.S.C. § 330.

7.   In an abundance of caution and in the interests of full disclosure, the Trustee and KM make the following additional disclosures: (a) the Trustee, Marc P. Barmat, in his capacity as an attorney, has in the past, and will likely in the future, represent both Kapila and Mukamal in their capacity as trustees of unrelated bankruptcy estates; (b) the Trustee's general counsel in this case, Eyal Berger, Esq. and Akerman LLP has in the past, and will likely in the future, represent both Kapila and Mukamal in their capacity as trustees of unrelated bankruptcy estates; (c) the law firm in which the Trustee is a partner, Furr Cohen has in the past, and will likely in the future, represent both Kapila and Mukamal in their capacity as trustees of unrelated bankruptcy estates, (d) Marc P. Barmat, Esq. and Furr Cohen have in the past, and will likely in the future, represent parties whose interests are adverse to those of Kapila and/or Mukamal in their capacity as trustees of unrelated bankruptcy estates; (e) Eyal Berger, Esq. and Akerman LLP have in the past, and will likely in the future, represent parties in unrelated cases who will retain KM as accountants and/or experts in unrelated cases; and (f) Marc P. Barmat, Esq. and

Furr Cohen capacity as trustee of unrelated bankruptcy estates, has in the past, and will likely in the future, retain KM as accountants and/or experts in unrelated cases. The Trustee and KM assert that none of the above disclosures impair KM's ability to serve as accountant to the Trustee and the Estate.

8. KM is otherwise well-qualified to serve as accountants for the Trustee for the purpose required.  KM has been retained as accountants and financial consultants to render professional services to trustees, debtors, creditors, creditors' committees, and others in numerous bankruptcy matters. Barry E. Mukamal is also a CIRA (Certified Insolvency & Restructuring Advisor), CFE, (a Certified Fraud Examiner) and CFF (Certified in Financial Forensics).  He is also Accredited in Business Valuation (ABV) and a Personal Financial Specialist (PFS).  Soneet R. Kapila is a CPA, CIRA, CFE and CFF.

WHEREFORE, the Trustee respectfully requests that this Court enter an order approving the selection and employment by the Trustee of Barry E. Mukamal, CPA and KapilaMukamal LLP as his accountants to perform the services set forth in this Application, upon the terms and conditions set forth herein.

Dated: September 29, 2022         Respectfully submitted,

By: /s/ *Eyal Berger*
Eyal Berger, Esq.
Florida Bar No. 011069
eyal.berger@akerman.com
Amanda Klopp, Esq.
Florida Bar No. 124156
amanda.klopp@akerman.com
**AKERMAN LLP**
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL  33301-2999
Tel: 954-463-2700
Fax: 954-463-2224

*Counsel for Marc P. Barmat, Chapter 7 Trustee*

66602736;1

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on September 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case as reflected in the below service list.

                                                    */s/ Eyal Berger*
                                                    Eyal Berger, Esq.

**SERVICE LIST**

**22-13166-PDR Notice will be electronically mailed to:**

Marc P Barmat
barmat.trustee@furrcohen.com, mpb@trustesolutions.net

Eyal Berger, Esq. on behalf of Trustee Marc P Barmat
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Mark D. Hildreth, Esq on behalf of Creditor AVEM Medical, L.L.C., f/k/a MediSource Partners, LLC
mhildreth@shumaker.com, skerrigan@shumaker.com

Mark D. Hildreth, Esq on behalf of Creditor Pantheon Medical - Foot & Ankle, LLC
mhildreth@shumaker.com, skerrigan@shumaker.com

Mark D. Hildreth, Esq on behalf of Creditor Travis Bird
mhildreth@shumaker.com, skerrigan@shumaker.com

Zachary P Hyman on behalf of Petitioning Creditor Three Brothers Trading, LLC d/b/a Alternative Execution Group
zach@millenniallaw.com,
jessica@millenniallaw.com;assistant@millenniallaw.com;millenniallawforms@gmail.com

Amanda Klopp on behalf of Trustee Marc P Barmat
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

66602736;1

# Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

**GENEREX BIOTECHNOLOGY CORP,**  Case No.: 22-13166-BKC-PDR
Chapter 7
Debtor.
_____/

## AFFIDAVIT OF BARRY E. MUKAMAL

| **STATE OF FLORIDA** | ) |
| --- | --- |
|  | ) SS |
| **COUNTY OF BROWARD** | ) |

**BEFORE ME**, the undersigned authority, personally appeared Barry E. Mukamal, C.P.A., in Fort Lauderdale, Florida, who after being duly sworn, deposes and says as follows:

1. I am a Certified Public Accountant, experienced in rendering accounting, advisory, and litigation consulting services.

2. I am a partner of the firm KapilaMukamal, LLP ("KM"), with offices located at 1000 S. Federal Hwy, Ste 200, Fort Lauderdale, FL 33316.

3. I am willing to accept employment by the trustee, on the basis set forth in the annexed application. Neither I nor the firm hold or represent any adverse interest to the trustee, the debtor or the estate in regards to the matters for which I am to be employed and are disinterested persons as required by 11 U.S.C. § 327(a).

4. Neither I nor KM has a pre-petition or other claim against the estate.

5. Neither I nor KM hold any connections with the Debtor, creditors, any other party in interest, their respective attorneys, accountants, the Trustee, the U.S. Trustee, or any person employed by the Office of the U.S. Trustee as required by Fed.R.Bank.P. 2014, except as follows:

   a. Barry E. Mukamal is a member of the Chapter 7 Panel of Trustee's in the Southern District of Florida.

b. Should I or KM become notified of any conflicts asserted by a party with which the firm has a relationship, I will notify this Court immediately.

c. Soneet R. Kapila ("Kapila"), a partner in the accounting firm of KapilaMukamal, LLP is also a member of the Chapter 7 Panel of Trustees. Should Kapila or KM become notified of any conflicts asserted by a party with which the firm has a relationship, I will notify this Court immediately.

d. As part of its practice, KM appears in numerous cases, proceedings, and transactions involving many different creditors, shareholders, attorneys, accountants, financial consultants, investment bankers, and other entities, some of which may be or may represent claimants and parties in interest in this case. KM has a widespread practice in insolvency and bankruptcy matters and I and the Firm participate in numerous cases in both the federal and state courts involving different professionals, including attorneys, accountants and financial consultants. Some of those professionals may represent parties-in-interest in this case. In addition, KM has in the past and will likely in the future be working with or against other professionals involved in this/these case(s) in matters unrelated to the Debtor (and these cases). However, I am not advising any such entity and/or professional in connection with this Chapter 7 proceeding nor do I have a relationship with any such entity or professional which is adverse to the Debtor, its creditors or the estate.

6. KM is otherwise well-qualified to serve as accountants for the Trustee for the purpose required. KM has been retained as accountants and financial consultants to render professional services to trustees, debtors, creditors, creditors' committees, and others in numerous bankruptcy matters. Barry E. Mukamal is also a Certified Fraud Examiner (CFE), Certified in Financial Forensics (CFF), a personal Financial Specialist (PFS), accredited in

Business Valuation (ABV), and a Certified Insolvency & Restructuring Advisor (CIRA). Soneet Kapila holds the credential of CPA, CIRA, CFE and CFF.

7. Neither I nor KM has received a retainer from the debtor, the estate, or a third party.

8. In the normal course of business, the firm has completed a conflict check containing a list of all creditors resulting in no verified conflicts.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Barry E. Mukamal, C.P.A.

STATE OF FLORIDA
COUNTY OF BROWARD

THE FOREGOING INSTRUMENT was acknowledged before me via ☑ physical presence OR ☐ online notarizations this 27th day of September 2022.

By Barry E. Mukamal
☑ personally known OR ☐ produced identification
Type of identification produced _____

My commission expires: 03/20/2023

_____
Notary Public, State of Florida

JANE PACHECO SILVA
Commission # GG 314552
Expires March 20, 2023
Bonded Thru Troy Fain Insurance 800-385-7019

Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**In re:**

**GENEREX BIOTECHNOLOGY CORP,**    Case No.: 22-13166-BKC-PDR
                                    Chapter 7

      Debtor.
_____/

**ORDER APPROVING TRUSTEE'S *EX-PARTE* APPLICATION FOR EMPLOYMENT OF BARRY E. MUKAMAL, CPA AND KAPILAMUKAMAL, LLP AS ACCOUNTANTS *EFFECTIVE* SEPTEMBER 13, 2022**

This matter came before the Court upon the Trustee's *Ex-Parte* Application for Employment of Barry E. Mukamal, CPA and KapilaMukamal, LLP as Accountants *effective* September 13, 2022 (the "Application) [ECF # ___ ]. The Court having reviewed the Application and having found the Court being satisfied that (i) Barry E. Mukamal and KapilaMukamal, LLP (collectively, "KM") is duly qualified to act as accountants to the Trustee in this case; (ii) Barry Mukamal's Affidavit of Proposed Accountant for Trustee

66602736;1

(attached to the Application) [the "Affidavit"] makes relevant disclosures demonstrating that Barry E. Mukamal and KM are disinterested and hold or possess no interest adverse to the Estate in the matters upon which it is to be engaged, that its employment is necessary and would be in the best interest of this Estate, that the said case justifies an accountant for the purposes specified, and that no Notice of Hearing on said Application should be given, and no adverse interest being represented,

Accordingly, it is

**ORDERED AND ADJUDGED** that said Application is **APPROVED**.

1. Marc P. Barmat, Trustee is authorized to employ and retain Barry E. Mukamal and KapilaMukamal, LLP to prepare and file tax returns; to prepare tax projections and tax analysis; to represent the trustee as to other tax compliance matters, including dealing with the tax authorities, as deemed necessary; to serve as Trustee's general accountant and to consult with the trustee and his counsel as to those matters for this estate at a fee subject to court approval.

2. That KM be empowered to act, through its officers and employees, for and on behalf of the trustee and/or the estate, to represent them before any taxing authority including the Internal Revenue Service and the Florida Department of Revenue, to receive confidential information, to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of the trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise during the administration of the estate.

3. That this Court reserves jurisdiction over the parties and the subject matter as to all aspects of the retention approved herein.

###

Submitted by:

Eyal Berger, Esq.
Florida Bar No.: 011069
Email: eyal.berger@akerman.com
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301-2999
Tel: 954-463-2700
Fax: 954-463-2224

*Attorney Berger is directed to serve a conformed copy of this order on all interested parties.*

66602736;1