**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                           Chapter 7

GENEREX BIOTECHNOLOGY CORP,                 Case No. 22-13166-PDR

     Debtor.

_____/

***EMERGENCY* MOTION TO WITHDRAW AS COUNSEL FOR INTERESTED**
**PARTIES, TERRY THOMPSON, RICHARD PURCELL, JASON TERRELL AND**
**ANTHONY CRISCI**

**Emergency Hearing Requested**

**Basis for the Exigency:**

**The Trustee's proposed sale of assets [ECF 56] is currently set**
**for an evidentiary hearing on January 20, 2023 [ECF 70]. The**
**Interested Parties have filed a response [ECF 68]. Accordingly,**
**a hearing on this Motion is requested as soon as possible in**
**advance of the sale/evidentiary hearing.**

Movants, Genovese Joblove & Battista, P.A. and Glenn D. Moses, Esq. (collectively,

"**GJB**") file this *Emergency Motion to Withdraw as Counsel* (the "**Motion**") for Interested Parties,

Terry Thompson, Richard Purcell, Jason Terrell and Anthony Crisci (collectively, the "**Interested**

**Parties**") and seek the entry of an Order authorizing the withdrawal as counsel of record for the

Interested Parties and as grounds therefore states, as follows:

    1.    Irreconcilable differences have arisen between the Interested Parties and GJB which

makes it unfeasible for GJB to continue representing the Interested Parties in this matter.

    2.    Therefore, GJB respectfully requests that the Court grant the relief requested in this

Motion and enter an Order providing for the withdrawal of GJB as counsel of record for the

Interested Parties.

3.     GJB is providing the Interested Parties with a copy of this Motion and any notice of hearing related thereto.

**WHEREFORE**, GJB respectfully request this Court to enter an Order: (i) granting the Motion; (ii) providing for and permitting GJB to withdraw as counsel for the Interested Parties in this Chapter 7 case, and any contested, evidentiary matters and/or other proceedings related thereto; and (iii) and for such further relief as the Court may deem just and proper.

Dated: December 28, 2022.

Respectfully submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A.**
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By: /s/  Glenn D. Moses
    Glenn D. Moses, Esq.
    Florida Bar No. 174556
    Email: gmoses@gjb-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing Motion has been served via electronic mail to all parties receiving notice through CM/ECF and via e-mail and U.S. Mail to Terry Thompson, 845 Clay Place, Spring Hill, TN 37174, tthompson@olaregen.com; Richard Purcell,65 Fair Haven Rd., Fair Haven, NJ 07704, rpurcell@olaregen.com; Dr. Jason Terrell,13508 Lone Rider Trail, Austin, TX 78738, jterrell@olaregen.com; and Anthony Crisci, 39 Russett Road, Sandy Hook, CT 06482, acrisci@olaregen.com on this 28th day of December, 2022.

By: /s/ Glenn D. Moses, Esq.
    Glenn D. Moses

2