

**ORDERED in the Southern District of Florida on January 20, 2023.**



                **Peter D. Russin, Judge**
                **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| GENEREX BIOTECHNOLOGY CORP, | Case No. 22-13166-PDR |
|          Debtor. | |
| _____/ | |

**ORDER GRANTING MOTION TO AUTHORIZE TRUSTEE TO APPROVE OFFER OF SETTLEMENT WITH THE SECURITIES AND EXCHANGE COMMISSION (ECF NO. 82)**

**THIS MATTER** came before the Court for hearing on January 19, 2023 at 2:30 p.m. on the *Motion to Authorize Trustee to Approve Offer of Settlement with the Securities and Exchange Commission* (the "Motion") (ECF No. 82) filed by Chapter 7 Trustee Marc Barmat ("Trustee"). The Court, having reviewed the Motion and the record in this case, having found due and proper notice of the Motion has been made and no objections have been asserted to the relief sought by the Motion, and having found that cause exists to grant the relief requested in the Motion, does hereby

      **ORDER AND ADJUDGE** as follows**:**

1. The Motion is **GRANTED**.

2. The Offer of Settlement annexed to the Motion as Exhibit A ("Offer of Settlement") is **APPROVED**.

3. The Trustee is authorized to execute the Offer of Settlement, and take any actions necessary to effectuate the Offer of Settlement.

4. The relief granted in this Order does not apply to any entity owned or controlled by the Debtor.

###

Copies to:

Amanda Klopp, Esq.
Florida Bar No. 124156
Email: amanda.klopp@akerman.com
AKERMAN LLP
777 South Flagler Drive, Suite 1100, West Tower
West Palm Beach, FL 33401
Tel: 561-653-5000
Fax: 561-659-6316
*Counsel for the Trustee*

*Attorney Klopp shall immediately serve this Order upon all interested parties and file a certificate of service with the Court that conforms with Local Rule 2002-1(F).*