

ORDERED in the Southern District of Florida on January 30, 2023.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| Generex Biotechnology Corp., | Case No. 22-13166-PDR |
| Debtor. _____/ | |

### ORDER GRANTING *EX PARTE* MOTION OF BEIJING YOUFENG BIOLOGICAL TECHNOLOGY, LTD. TO AUTHORIZE REMOTE WITNESS TESTIMONY

THIS CAUSE came before this Court for on the "*Ex Parte Motion Of Beijing Youfeng Biological Technology, Ltd. to Authorize Remote Witness Testimony*" (the "Motion") [ECF 121]. The Court having reviewed the Motion and having considered the record in the case, finds good cause to grant the Motion. Accordingly, it is

ORDERED as follows:

1. The Motion is GRANTED.

2.    Karen Yang is authorized to provide remote witness testimony at the continued hearing on the Trustee's "*Motion to Approve Modified Equity Purchase Agreement with Stalking Horse Bidder, Modify Sale Deadlines as Necessary, and Modify Publication Requirements for Sale*" (the "Sale Motion") [ECF 85] scheduled for January 31, 2023, at 1:30 p.m.

# # #

Respectfully submitted by:

Ross R. Hartog
MARKOWITZ RINGEL TRUSTY & HARTOG P.A.
101 NE Third Avenue, Suite 1210
Fort Lauderdale, Florida 33301

Attorney Hartog is directed to serve a copy of the order on all interested parties.