UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 7 |
| GENEREX BIOTECHNOLOGY CORP, | Case No. 22-bk-13166-PDR |
| Debtor. _____/ | |

### NOTICE OF CANCELLATION OF EXAMINATION OF JOSEPH MOSCATO

**PLEASE TAKE NOTICE** Marc P. Barmat, the Chapter 7 Trustee ("Trustee"), by and through undersigned counsel, does hereby cancel the examination of **Joseph Moscato** scheduled for December 1, 2023 at 10:00 a.m. The Trustee has been advised that the deponent is deceased.

Dated: October 30, 2023

Respectfully submitted,

By: */s/ Amanda Klopp*
Amanda Klopp, Esq.
Florida Bar No. 124156
Email: amanda.klopp@akerman.com
AKERMAN LLP
777 South Flagler Drive, Suite 1100, West Tower
West Palm Beach, FL 33401
Tel: 561-653-5000/Fax: 561-659-6316

-and-
Eyal Berger, Esq.
Florida Bar No.: 011069
Email: eyal.berger@akerman.com
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301-2999
Tel: 954-463-2700/Fax: 954-463-2224
*Counsel for the Trustee*

73433671;1

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and/or by U.S. Mail as listed in the below service list.

By: /s/ *Amanda Klopp*
Amanda Klopp, Esq.

**SERVICE LIST**

**22-13166-PDR Notice will be electronically mailed to:**

Marc P Barmat
barmat.trustee@furrcohen.com,
mpb@trustesolutions.net

Eyal Berger, Esq. on behalf of Plaintiff Marc Barmat, Trustee
eyal.berger@akerman.com,
jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Trustee Marc P Barmat
eyal.berger@akerman.com,
jeanette.martinezgoldberg@akerman.com

David C. Cimo, Esq on behalf of Special Counsel David C Cimo
dcimo@cmmlawgroup.com,
mmark@cmmlawgroup.com;ekelly@cmmlawgroup.com;ekelly@ecf.courtdrive.com

Ross R Hartog on behalf of Interested Party Beijing Youfeng Biological Technology, Ltd
rhartog@mrthlaw.com,
ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com

Mark D. Hildreth, Esq on behalf of Creditor AVEM Medical, L.L.C., f/k/a MediSource Partners, LLC
mhildreth@shumaker.com,
skerrigan@shumaker.com

Mark D. Hildreth, Esq on behalf of Creditor Pantheon Medical - Foot & Ankle, LLC
mhildreth@shumaker.com,
skerrigan@shumaker.com

Mark D. Hildreth, Esq on behalf of Creditor Travis Bird
mhildreth@shumaker.com,
skerrigan@shumaker.com

Zachary P Hyman on behalf of Petitioning Creditor Three Brothers Trading, LLC d/b/a Alternative Execution Group
zach@millenniallaw.com,
jessica@millenniallaw.com;assistant@millenniallaw.com;millenniallawforms@gmail.com

Amanda Klopp on behalf of Plaintiff Marc Barmat, Trustee
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Trustee Marc P Barmat
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Andrew V Layden on behalf of Interested Party Bio & Med Tech Fund of the Future SPV2 LP
alayden@bakerlaw.com,
orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com

Michael D Lessne on behalf of Creditor Andrew

2

Ro
michael@lessne.law

Michael D Lessne on behalf of Interested Party Bio & Med Tech Fund of the Future SPV2 LP
michael@lessne.law

Marilee A Mark on behalf of Attorney Marilee A. Mark
mmark@cmmlawgroup.com,
ekelly@cmmlawgroup.com;mmark@ecf.courtdrive.com

Barry E. Mukamal
bemtrustee@kapilamukamal.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Zach B Shelomith on behalf of Defendant Oasis Capital, LLC
zbs@lss.law,
info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

S. Jonathan Vine on behalf of Interested Party Brian S Bernstein
jonathan.vine@csklegal.com,
leslie.vargo@csklegal.com

**22-13166-PDR Notice will not be electronically mailed to:**

BHP Capital NY Inc
45 SW 9th Street
Miami, Fl 33130

Bedford Capital Group, LLC
32 Cutler Road
Greenwich, Ct 06831

Beijing Youfeng Biological Technology Co Ltd
8 Yard
Xingiong Middle Street
Gaobeidian,

CT Corporation System
330 N Brand Blvd
Ste 700
Glendale, CA 91203

Anthony Crisci
39 Russett Road
Sandy Hook, CT 06482

GS Capital Partners, LLC
1 East Liberty Street, Suite 600
Reno, NV 89501

Generex Biotechnology Corp
10102 USA Today Way
Miramar, Fl 33025

Sherryl P Giuggliano
1425 RXR Plaza East Tower 15 fl.
Uniondale, NY 11556-1425

Richard Purcell
65 Fair Haven Rd
Fair Haven, NJ 07704

Jason Terrell
13508 Lone Rider Trail
Austin, TX 78738

Terry Thompson
845 Clay Place
Spring Hill, TN 37174