# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 22-13166 | | Trustee Name: | Marc P. Barmat |
|---|---|---|---|---|
| Case Name: | GENEREX BIOTECHNOLOGY CORP | | Date Filed (f) or Converted (c): | 04/23/2022 (f) |
| For the Period Ending: | 03/31/2024 | | §341(a) Meeting Date: | 09/27/2022 |
| | | | Claims Bar Date: | 11/03/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Royal Bank of Canada #7647 Checking | $305.35 | $305.35 | | $0.00 | FA |
| 2  Royal Bank of Canada #0871 Checking | $1,211.14 | $1,211.14 | | $0.00 | FA |
| 3  Doyle Law Unused Retainer | $5,000.00 | $5,000.00 | | $0.00 | FA |
| Asset Notes:   Retainer was fully used per email 01/26/24. | | | | | |
| 4  Barket Epstein - Alpha Litigation Appeal 2 Unused Retainer | $5,104.99 | $0.00 | | $0.00 | FA |
| 5  Barket Epstein - Travis Bird Matter - Unused Retainer | $13,177.00 | $0.00 | | $0.00 | FA |
| 6  Barket Epstein - Broadridge Matter - Unused Retainer | $18,680.00 | $17,930.52 | | $17,930.52 | FA |
| 7  Barket Epstein - Veneto Arbitration - Unused Retainer | $20,000.00 | $20,000.00 | | $20,000.00 | FA |
| 8  Barket Epstein - Three Brothers Litigation - Unused Retainer | $7,372.40 | $0.00 | | $0.00 | FA |
| 9  Barket Epstein - Quantum - Unused Retainer | $20,000.00 | $15,398.70 | | $15,398.70 | FA |
| 10 Morton Vallihura and Zerbato LLC - Unused Retainer | $3,000.00 | $3,000.00 | | $0.00 | FA |
| Asset Notes:   Retainer used up right after being sent; see email 01/25/24 | | | | | |
| 11 Carmel Milazzo and Dichiaria LLP - Unused Retainer | $62,520.00 | $62,520.00 | | $0.00 | $62,520.00 |
| 12 Bodwell Vasek Wells DeSimon LLP - Retainer for 07/31/21 Audit Assistance | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 13 Tarter Krinsky and Drogin LLP | $3,941.60 | $3,941.60 | | $0.00 | $3,941.60 |
| 14 Sichenzia Ross Ference LLP | $25,000.00 | $25,000.00 | | $0.00 | $25,000.00 |
| 15 MBD Consultants LLC | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 16 NuGenerex Therapeutics Holding LLC | Unknown | $1.00 | | $0.00 | FA |
| Asset Notes:   Asset sold with asset #33 for a lump sum plus withdrawal of buyer's claim. | | | | | |
| 17 Regyntys Corporation | Unknown | $1.00 | | $0.00 | FA |
| Asset Notes:   Asset sold with asset #33 for a lump sum plus withdrawal of buyer's claim. | | | | | |
| 18 NuGenerex Medical Marketing LLC | Unknown | $1.00 | | $0.00 | FA |
| Asset Notes:   Asset sold with asset #33 for a lump sum plus withdrawal of buyer's claim. | | | | | |
| 19 Pantheon F&A LLC | Unknown | $1.00 | | $0.00 | FA |
| Asset Notes:   Asset sold with asset #33 for a lump sum plus withdrawal of buyer's claim. | | | | | |

| Case No.: | 22-13166 | | | Trustee Name: | Marc P. Barmat |
|---|---|---|---|---|---|
| Case Name: | GENEREX BIOTECHNOLOGY CORP | | | Date Filed (f) or Converted (c): | 04/23/2022 (f) |
| For the Period Ending: | 03/31/2024 | | | §341(a) Meeting Date: | 09/27/2022 |
| | | | | Claims Bar Date: | 11/03/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20  NuGenerex Surgical Holdings LLC | Unknown | $1.00 | | $0.00 | FA |
| Asset Notes:  Asset sold with asset #33 for a lump sum plus withdrawal of buyer's claim. | | | | | |
| 21  DMEiQ LLC d/b/a DME-IQ subsidiary of NuGenerez DME Holdings LLC | Unknown | $1.00 | | $0.00 | FA |
| Asset Notes:  Asset sold with asset #33 for a lump sum plus withdrawal of buyer's claim. | | | | | |
| 22  Office Furniture | $0.00 | $0.00 | | $0.00 | FA |
| 23  Domain Names | Unknown | $1.00 | | $0.00 | FA |
| Asset Notes:  Asset sold with asset #33 for a lump sum plus withdrawal of buyer's claim. | | | | | |
| 24  Veneto Holdings LLC | $33,650.00 | $33,650.00 | | $0.00 | $33,650.00 |
| 25  Accounts Receivable | $0.00 | $0.00 | | $0.00 | FA |
| 26  Olaregen Therapeutix Inc | $18,380,053.00 | $18,380,053.00 | | $3,200,000.00 | FA |
| Asset Notes:  TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING STALKING HORSE BID AND STALKING HORSE EPA, (II) APPROVING BID PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH THE SALE OF DEBTOR'S EQUITY IN TWO SUBSIDIARIES, (III) APPROVING THE FORM AND MANNER OF NOTICE OF SALE, (IV) SCHEDULING AN AUCTION AND SALE HEARING AND (V) APPROVING THE SALE OF THE EQUITY FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES FILED 10/14/22 ECF NO. 56 | | | | | |
| 27  Antigen Express Inc d/b/a NuGenerex Immuno-Oncology Inc | Unknown | $150,000.00 | | $150,000.00 | FA |
| Asset Notes:  TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING STALKING HORSE BID AND STALKING HORSE EPA, (II) APPROVING BID PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH THE SALE OF DEBTOR'S EQUITY IN TWO SUBSIDIARIES, (III) APPROVING THE FORM AND MANNER OF NOTICE OF SALE, (IV) SCHEDULING AN AUCTION AND SALE HEARING AND (V) APPROVING THE SALE OF THE EQUITY FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES FILED 10/14/22 ECF NO. 56 | | | | | |
| 28  NuGenerex Immuno-Oncology Inc fka Antigen Express Inc | $319,800,000.00 | $319,800,000.00 | | $0.00 | FA |
| Asset Notes:  Asset was part of Asset #27 sale. | | | | | |
| 29  Generex Pharmaceuticals Inc | Unknown | $1.00 | | $0.00 | FA |
| Asset Notes:  Asset sold with asset #33 for a lump sum plus withdrawal of buyer's claim. | | | | | |
| 30  GEBNTELC LLC | Unknown | $1.00 | | $0.00 | FA |
| Asset Notes:  Asset sold with asset #33 for a lump sum plus withdrawal of buyer's claim. | | | | | |
| 31  NuGenerex Diagnostics LLC fka Hema Diagnostic Systems LLC | Unknown | $1.00 | | $0.00 | FA |
| Asset Notes:  Asset sold with asset #33 for a lump sum plus withdrawal of buyer's claim. | | | | | |
| 32  Rapid Medical Diagnostics Corporation | Unknown | $1.00 | | $0.00 | FA |
| Asset Notes:  Asset sold with asset #33 for a lump sum plus withdrawal of buyer's claim. | | | | | |

| Case No.: | 22-13166 | | | Trustee Name: | Marc P. Barmat |
| Case Name: | GENEREX BIOTECHNOLOGY CORP | | | Date Filed (f) or Converted (c): | 04/23/2022 (f) |
| For the Period Ending: | 03/31/2024 | | | §341(a) Meeting Date: | 09/27/2022 |
| | | | | Claims Bar Date: | 11/03/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 33 Debtor's interest in 1097346 Ontario Inc; Generex (Bermuda) Inc; High Desert Diagnostics Laboratory Inc; NuGenerex Distribution Solutions LLC; NuGenerex Distribution Solutions 2, LLC; NuGenerex Management Services, Inc; NuGenerex Health LLC; NuGenHealth LLC; NuGenerex HMO, LLC; NuGenerex MSO, LLC; GH Care Inc d/b/a ALTuCell; ALTuCell Inc; NuGenerex DMA Holdings LLC; Rapport Services LLC; NMSIELC LLC; and Intellectual Property as outlined in the Motion [ECF NO. 195] (u) | $10,000.00 | $10,000.00 | | $10,000.00 | FA |

Asset Notes:    The assets above were sold as a bundle along with assets 16, 17, 18, 19, 20, 21, 23, 29, 30, 31 and 32 for a lump sum of $10,000 and a withdrawal of the buyer's claim for $55m

**TOTALS (Excluding unknown value)**                                                                                                                                                                                                              **Gross Value of Remaining Assets**

$338,419,015.48               $338,538,021.31                              $3,413,329.22                    $135,111.60

---

**Major Activities affecting case closing:**

The following are the pending matters in this case:
Liquidation of several unused retainers owed to the Debtor.
Further investigation to identify targets for possible Chapter 5 avoidance claims.
Complete investigation and potential prosecution of claims against Debtor's professionals, including auditors, directors and officers.
Claims:  Claims are in the process of being reviewed.
The following are the matters still pending in this estate:
Complete the avoidance litigation against Oasis;
Complete the financial discovery identifying all of the Debtor's 90 day, 1 year, 2 year, and 4 years pre-petition transfers;
Complete investigation and potential prosecution of claims against Debtor's professionals; and
Possible liquidation of Debtor's remaining equity and business entity portfolio.

Claims:  No claims have been reviewed at this time.

**Initial Projected Date Of Final Report (TFR):**     12/31/2028          **Current Projected Date Of Final Report (TFR):**     12/31/2028         /s/ MARC P. BARMAT

                                                                                                                                                                                 MARC P. BARMAT

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| | |  | | |
|---|---|---|---|---|
| Case No. | 22-13166 | | Trustee Name: | Marc P. Barmat |
| Case Name: | GENEREX BIOTECHNOLOGY CORP | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8636 | | Checking Acct #: | ******6601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Escrow Account |
| For Period Beginning: | 04/01/2023 | | Blanket bond (per case limit): | $49,704,000.00 |
| For Period Ending: | 03/31/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/03/2022 | | Michael D Lessne PA IOTA Trust Account | TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING STALKING HORSE BID AND STALKING HORSE EPA, (II) APPROVING BID PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH THE SALE OF DEBTOR'S EQUITY IN TWO SUBSIDIARIES, (III) APPROVING THE FORM AND MANNER OF NOTICE OF SALE, (IV) SCHEDULING AN AUCTION AND SALE HEARING AND (V) APPROVING THE SALE OF THE EQUITY FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES FILED 10/14/22 ECF NO. 56; - ORDER ENTERED 11/17/22 ECF NO. 69 | * | $75,000.00 | | $75,000.00 |
| | {26} | | | $60,000.00 | 1129-002 | | $75,000.00 |
| | {27} | | | $15,000.00 | 1129-002 | | $75,000.00 |
| 01/12/2023 | | Michael D Lessne PA IOTA Trust Acct | TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING STALKING HORSE BID AND STALKING HORSE EPA, (II) APPROVING BID PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH THE SALE OF DEBTOR'S EQUITY IN TWO SUBSIDIARIES, (III) APPROVING THE FORM AND MANNER OF NOTICE OF SALE, (IV) SCHEDULING AN AUCTION AND SALE HEARING AND (V) APPROVING THE SALE OF THE EQUITY FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES FILED 10/14/22 ECF NO. 56; - ORDER ENTERED 11/17/22 ECF NO. 69 | * | $75,000.00 | | $150,000.00 |
| | {26} | | | $60,000.00 | 1129-002 | | $150,000.00 |
| | {27} | | | $15,000.00 | 1129-002 | | $150,000.00 |

**SUBTOTALS** $150,000.00 $0.00

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | |  | | |
|---|---|---|---|---|
| Case No. | 22-13166 | | Trustee Name: | Marc P. Barmat |
| Case Name: | GENEREX BIOTECHNOLOGY CORP | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8636 | | Checking Acct #: | ******6601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Escrow Account |
| For Period Beginning: | 04/01/2023 | | Blanket bond (per case limit): | $49,704,000.00 |
| For Period Ending: | 03/31/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/12/2023 | (26) | Incoming Wire/DC IOLTA Trust Account/Pickard DJI | TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING STALKING HORSE BID AND STALKING HORSE EPA, (II) APPROVING BID PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH THE SALE OF DEBTOR'S EQUITY IN TWO SUBSIDIARIES, (III) APPROVING THE FORM AND MANNER OF NOTICE OF SALE, (IV) SCHEDULING AN AUCTION AND SALE HEARING AND (V) APPROVING THE SALE OF THE EQUITY FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES FILED 10/14/22 ECF NO. 56; - ORDER ENTERED 11/17/22 ECF NO. 69 | 1129-000 | $150,000.00 | | $300,000.00 |
| 02/27/2023 | (26) | Beijing Youfeng Biological | Sale proceeds pursuant to Order Approving the Sale of Equity to Beijing Youfeng Biological Technology Co., Ltd entered 02/07/23 [ECF NO. 135] | 1129-000 | $1,800,000.00 | | $2,100,000.00 |
| 02/27/2023 | | Beijing Youfeng Biological | Sale proceeds pursuant to Order Approving the Sale of Equity to Beijing Youfeng Biological Technology Co., Ltd entered 02/07/23 [ECF NO. 135] | * | $1,550,000.00 | | $3,650,000.00 |
| | {27} | | | $150,000.00 | 1129-000 | | $3,650,000.00 |
| | {26} | | | $1,400,000.00 | 1129-000 | | $3,650,000.00 |
| 03/01/2023 | 101 | Michael D. Lessne PA | Payment of break-up fee pursuant to Court Order entered 02/07/23 ECF NO. 135 | 2990-000 | | $50,000.00 | $3,600,000.00 |
| 03/02/2023 | | Michael D. Lessne PA Trust Account | Return of escrow deposit to unsuccessful bidder, Bio & Med Tech of the Future SPV2, LP, pursuant to Court Order entered 11/17/22 [ECF NO. 69] and Court Order entered 02/07/23 [ECF NO. 135] | * | ($150,000.00) | | $3,450,000.00 |
| | {26} | | | ($120,000.00) | 1129-002 | | $3,450,000.00 |
| | {27} | | | ($30,000.00) | 1129-002 | | $3,450,000.00 |

**SUBTOTALS**  $3,350,000.00    $50,000.00

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 22-13166 | | | Trustee Name: | Marc P. Barmat |
|---|---|---|---|---|---|
| Case Name: | GENEREX BIOTECHNOLOGY CORP | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8636 | | | Checking Acct #: | ******6601 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Escrow Account |
| For Period Beginning: | 04/01/2023 | | | Blanket bond (per case limit): | $49,704,000.00 |
| For Period Ending: | 03/31/2024 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/06/2023 | 103 | The Pickard Djinis & Pisarri Trust Account | Return of escrow deposit belonging to Beijing Youfeng Biological Technology Co., Ltd due to overpayment (sale proceeds contained original escrow deposit), pursuant to Court Order entered 03/03/23 ECF NO. 158 | 1129-000 | ($150,000.00) | | $3,300,000.00 |
| 09/27/2023 | 104 | Marc P. Barmat | Interim Trustee Fees pursuant to Court Order entered 09/22/23 ECF NO. 182 | 2100-000 | | $13,659.50 | $3,286,340.50 |
| 10/03/2023 | 105 | Akerman LLP | Interim Fees and Costs pursuant to Court Order entered 09/29/23 ECF# 186 | * | | $226,487.46 | $3,059,853.04 |
| | | | Fees ($218,103.20) | 3210-000 | | | $3,059,853.04 |
| | | | Costs ($8,384.26) | 3220-000 | | | $3,059,853.04 |
| 01/02/2024 | 106 | Kapila Mukamal CPAS | Payment of Interim Fees and Costs pursuant to Court Order entered 12/22/23 ECF NO. 201 | * | | $59,806.91 | $3,000,046.13 |
| | | | Kapila Mukamal CPAS ($59,527.92) | 3410-000 | | | $3,000,046.13 |
| | | | Kapila Mukamal CPAS ($278.99) | 3420-000 | | | $3,000,046.13 |
| 02/21/2024 | | Transfer To: #*********6602 | Funds do not have to be held in escrow; moved to regular checking | 9999-000 | | $3,000,046.13 | $0.00 |
| 03/04/2024 | (33) | Incoming Wire/Markowitz Ringel | Payment pursuant to Court Order entered ECF NO. 210 - purchase of assets | 1229-000 | $10,000.00 | | $10,000.00 |

| | | | | SUBTOTALS | ($140,000.00) | $3,300,000.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 22-13166 | **Trustee Name:** | Marc P. Barmat |
| **Case Name:** | GENEREX BIOTECHNOLOGY CORP | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***8636 | **Checking Acct #:** | ******6601 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Escrow Account |
| **For Period Beginning:** | 04/01/2023 | **Blanket bond (per case limit):** | $49,704,000.00 |
| **For Period Ending:** | 03/31/2024 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $3,360,000.00 | $3,350,000.00 | $10,000.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $3,000,046.13 | |
| | | | **Subtotal** | | $3,360,000.00 | $349,953.87 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,360,000.00 | $349,953.87 | |

| **For the period of 04/01/2023 to 03/31/2024** | | **For the entire history of the account between 11/03/2022 to 3/31/2024** | |
|---|---|---|---|
| Total Compensable Receipts: | $10,000.00 | Total Compensable Receipts: | $3,360,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 | Total Comp/Non Comp Receipts: | $3,360,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $299,953.87 | Total Compensable Disbursements: | $349,953.87 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $299,953.87 | Total Comp/Non Comp Disbursements: | $349,953.87 |
| Total Internal/Transfer Disbursements: | $3,000,046.13 | Total Internal/Transfer Disbursements: | $3,000,046.13 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| Case No. | 22-13166 | Trustee Name: | Marc P. Barmat |
| Case Name: | GENEREX BIOTECHNOLOGY CORP | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8636 | Checking Acct #: | ******6602 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking |
| For Period Beginning: | 04/01/2023 | Blanket bond (per case limit): | $49,704,000.00 |
| For Period Ending: | 03/31/2024 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/17/2023 |  | Barket Epstein & Kearon LLP | Unused retainers pursuant to Court Order entered 01/19/23 ECF NO. 111 | * | $53,329.22 |  | $53,329.22 |
|  | {6} |  | $17,930.52 | 1129-000 |  |  | $53,329.22 |
|  | {7} |  | $20,000.00 | 1129-000 |  |  | $53,329.22 |
|  | {9} |  | $15,398.70 | 1129-000 |  |  | $53,329.22 |
| 02/21/2024 |  | Transfer From: #*********6601 | Funds do not have to be held in escrow; moved to regular checking | 9999-000 | $3,000,046.13 |  | $3,053,375.35 |
|  |  |  | **TOTALS:** |  | $3,053,375.35 | $0.00 | $3,053,375.35 |
|  |  |  | Less: Bank transfers/CDs |  | $3,000,046.13 | $0.00 |  |
|  |  |  | **Subtotal** |  | $53,329.22 | $0.00 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $53,329.22 | $0.00 |  |

| For the period of 04/01/2023 to 03/31/2024 | | For the entire history of the account between 02/17/2023 to 3/31/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $53,329.22 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $53,329.22 |
| Total Internal/Transfer Receipts: | $3,000,046.13 | Total Internal/Transfer Receipts: | $3,000,046.13 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6

| | |  | |
|---|---|---|---|
| Case No. | 22-13166 | Trustee Name: | Marc P. Barmat |
| Case Name: | GENEREX BIOTECHNOLOGY CORP | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8636 | Checking Acct #: | ******6602 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 04/01/2023 | Blanket bond (per case limit): | $49,704,000.00 |
| For Period Ending: | 03/31/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $3,413,329.22 | $349,953.87 | $3,063,375.35 |

| For the period of 04/01/2023 to 03/31/2024 | | For the entire history of the account between 02/17/2023 to 3/31/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,000.00 | Total Compensable Receipts: | $3,413,329.22 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 | Total Comp/Non Comp Receipts: | $3,413,329.22 |
| Total Internal/Transfer Receipts: | $3,000,046.13 | Total Internal/Transfer Receipts: | $3,000,046.13 |
| Total Compensable Disbursements: | $299,953.87 | Total Compensable Disbursements: | $349,953.87 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $299,953.87 | Total Comp/Non Comp Disbursements: | $349,953.87 |
| Total Internal/Transfer Disbursements: | $3,000,046.13 | Total Internal/Transfer Disbursements: | $3,000,046.13 |

/s/ MARC P. BARMAT

MARC P. BARMAT