UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                                    Chapter 7

GENEREX BIOTECHNOLOGY CORP.,                         Case No. 22-13166-PDR

    Debtor.
_____/

**MOTION FOR ENTRY OF AN ORDER SETTING AN OMNIBUS PRE-TRIAL CONFERENCE AND TO COMPEL MEDIATION**

Marc P. Barmat, Chapter 7 Trustee for the estate of the above captioned debtor ("Trustee"), moves for the entry of an order setting an omnibus pre-trial conference for all avoidance claims on the court's January, 2025 pre-trial calendar and for mandatory zoom mediations of all avoidance adversary proceedings defendants to be completed by December 31, 2024 pursuant to LR 9019-2(B)(1).

    1.    On April 23, 2022, an involuntary petition for debtor was filed in this Court under Chapter 7 of the Bankruptcy Code. This Court entered an order for relief and Trustee was appointed as the Chapter 7 Trustee responsible for administering the debtor's estate.

    2.    On June 2, 3, and 4, 2024, Trustee initiated 20 adversary proceedings by filing 20 complaints against various defendants, alleging, *inter alia*, debtor made fraudulent transfers to the defendants during the 4-year period preceding debtor's bankruptcy filing. ECF 238-51, 267-70, 275, 277. Trustee properly served all defendants with process. ECF 253-67, 271-74, 278-79.

    3.    The posture of each adversary proceeding is as follows:

| Adv. Case No. | Defendant | Complaint Filed | Response deadline | Response Posture | Informal discovery sent to Trustee for potential settlement |
|---|---|---|---|---|---|
| 24-01295-PDR | Al and J Media, Inc. | June 2, 2024 | July 3, 2024 | Default | No |
| 24-01296-PDR | Arizona Endocrinology Center PLC | June 2, 2024 | September 2, 2024 | Not due/pending | Yes |
| 24-01297-PDR | Cockrell Group | June 2, 2024 | July 3, 2024 | Default | No |
| 24-01298-PDR | Dian Griesel International | June 2, 2024 | July 3, 2024 | Default | Yes |
| 24-01299-PDR | GH Care Inc. | June 2, 2024 | July 3, 2024 | Default | No |
| 24-01300-PDR | H5 Colo Inc. | June 2, 2024 | August 2, 2023 | Not due/pending | No |
| 24-01301-PDR | HMBL Consulting LLC | June 2, 2024 | July 3, 2024 | No response | Yes |
| 24-01302-PDR | Kep Oyarbide Valencia | June 2, 2024 | July 3, 2024 | Default | No |
| 24-01303-PDR | McKesson Corporation | June 2, 2024 | August 2, 2024 | Not due/pending | No |
| 24-01304-PDR | Bedford Capital Group | June 2, 2024 | July 3, 2024 | Default | No |
| 24-01305-PDR | Russo Partners LLC | June 2, 2024 | August 2, 2024 | Settled subject to court approval | N/A |
| 24-01306-PDR | Shore Research & Development, LLC | June 2, 2024 | July 3, 2024 | Default | No |
| 24-01307-PDR | Twentyfirst Century Biochemicals, Inc | June 2, 2024 | July 3, 2024 | Default | No |
| 24-01308-PDR | Stratum Medical Corporation | June 2, 2024 | July 3, 2024 | No Response | Yes |

AKERMAN LLP, 201 EAST LAS OLAS BOULEVARD, SUITE 1800, FORT LAUDERDALE, FL 33301-2999

| Adv. Case No. | Defendant | Complaint Filed | Response Deadline | Response Posture | Informal discovery sent to Trustee for potential settlement |
|---|---|---|---|---|---|
| 24-01309-PDR | Berkshire Sterile Manufacturing, LLC a/k/a Berkshire Sterile Manufacturing, Inc. | June 3, 2024 | August 2, 2024 | Not due/pending | No |
| 24-01310-PDR | Epivax, Inc. | June 3, 2024 | July 24, 2024 | Not due/pending | Yes |
| 24-01311-PDR | NSABP Foundation, Inc. | June 3, 2024 | September 2, 2024 | Not due/pending | Yes |
| 24-01312-PDR | SNK Unlimited Inc. | June 3, 2024 | July 17, 2024 | Not due/pending | Yes |
| 24-01313-PDR | PAG Group, LLC | June 4, 2024 | July 3, 2024 | Default | No |

(the "pending cases").

## RELIEF REQUESTED

4. To avoid potentially unnecessary litigation expense for all parties in the pending cases, the Trustee moves the Court to set an omnibus pre-trial conference for all of the avoidance claims on the Court's January pre-trial calendar. Trustee makes this request in good faith and in an attempt to conserve judicial resources as the Trustee believes that almost all of the adversary proceedings can be settled either through on going settlement conferences initiated with the parties or through the mediation process requested herein.

5. Additionally, Trustee moves the court to compel defendants that are not in default in each adversary proceeding (*see* ECF 238-51, 267-70, 275) to attend a mediation on a consensual date prior to the January omnibus pre-trial conference. *See* LR 9019-2(B)(1) ("The court may order the assignment of a matter or proceeding to mediation at a pretrial conference or other hearing, upon the request of any party in interest or the U.S. Trustee, or upon the court's own

77287147;1

- 3 -

motion."). Some adversary proceedings may be ripe for settlement, and compelling mediation may encourage the parties to do so. See *In re Neves*, 563 B.R. 66, 68 (Bankr. S.D. Fla. 2014) (Isicoff, J.) (noting approval of motion to compel mediation); *In re Tousa*, No. 08-10928-JKO (S.D. Fla. Feb. 26, 2009) (granting motion to compel mediation pursuant to Local Rule 9019-2); *c.f. Khatabi v. Car Auto Holdings, LLC*, No. 21-20458-CIV, 2023 WL 11801315, at *5 (S.D. Fla. Oct. 17, 2023) (denying motion to compel mediation because parties had previously undergone "extensive mediation" and further mediation "would be futile.").

Again, this request is made in good faith and in an attempt to conserve judicial resources.

6.  The Trustee has already settled one of the pending adversary proceedings and is in the process of reaching a settlement on a second adversary proceeding. The Trustee asserts that the entry of an Order compelling all parties to attend a zoom mediation prior to the requested January, 2025 pre-trial conference will further facilitate the resolution of the pending adversary proceedings and will conserve resources of the Debtor's estate as well as resources of the adversary defendants.

WHEREFORE, Trustee respectfully requests this Court enter an Order: (i) setting a pre-trial conference for all of the avoidance adversary proceedings on the Court's January, 2025 pre-trial calendar; (ii) compelling the non-default defendants to attend a virtual zoom mediation prior to the omnibus pre-trial conference; and (iii) granting such further relief as this Court deems just.

Dated: July 19, 2024

Respectfully submitted,

By: */s/ Eyal Berger*
Eyal Berger, Esq.
Florida Bar No.: 011069
Email: eyal.berger@akerman.com
AKERMAN LLP
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-2999
Tel: 954-463-2700/Fax: 954-463-2224
*Counsel for Trustee*

- 5 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties that are registered to receive electronic notices of filing in this case and via U.S. mail to those parties listed on the attached mailing list.

>	*/s/ Eyal Berger*
>	Eyal Berger, Esq.

**MAILING LIST – ADVERSARY CASES**

**Al and J Media, Inc.**
48 Wall Street, 11th Floor
New York, NY 10005

**Al and J Media, Inc.**
Gioacchino Bonsangue, CEO
99 Halister Street
Staten Island, NY 10309

**Arizona Endocrinology Center PLC**
c/o Manager, Chet S. Monder, MD
15640 N 28th Drive
Phoenix, AZ 85053

**Bedford Capital Group**
c/o Member, Jill Debiasi
32 Cutler Rd.
Greenwich, CT 06831

**Cockrell Group**
c/o Rich Cockrell, CEO
309 East Paces Ferry Road NE, Suite 400
Atlanta, GA, 30305

**Dian Griesel International**
c/o Dian Griesel, President
335 West 38th Street, 3rd Floor
New York, New York 10018

**GH Care, Inc. d/b/a/ Alt U Cell, Inc.**
c/o Gary Harlem, CEO
3 Astor Court
Dix Hills, NY 11746

**H5 Colo Inc.**
c/o Registered Agent Walter Chambers
12700 Park Central, Suite #102
Dallas, TX 75251

**H5 Colo Inc.**
c/o Walter Chambers, President & CEO
12712 Park Central Drive, #200
Dallas, TX 75251

**HMBL Consulting LLC**
Maison Vasek, CEO
9224 Meadowglen Drive
Dallas, TX 75238-3333

**Kep Oyarbide Valencia**
5158 Frost Avenue
Carlsbad, CA 92008

**McKesson Corporation**
c/o Registered Agent, Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**McKesson Corporation**
c/o Brian Tyler, CEO
6555 State Highway 161
Irving, TX 75039

**Russo Partners LLC**
c/o Tony Russ, CEO
215 Park Avenue South, #1905
New York, NY 10003

**Russo Partners LLC**
c/o Registered Agent, Cogency Global Inc
850 New Burton Road, Suite 201
Dover, DE 19904

**Shore Research & Development, LLC**
c/o President John Hall
PO Box 482
Brielle, New Jersey 08730

**Twentyfirst Century Biochemicals, Inc**
c/o President Eric A. Berg
674 Townsend Road
Groton, MA 01450

**Berkshire Sterile Manufacturing, LLC**
a/k/a Berkshire Sterile Manufacturing, Inc.
c/o President James Hamilton
480 Pleasant Street
Lee, MA 02138

**NSABP Foundation, Inc.**
c/o Priya Rastogi MD, CEO
Nova Tower 2, Suite 1200
Two Allegheny Center
Pittsburgh, PA 15212

**Stratum Medical Corporation**
c/o Juerg Tschopp, President & CEO
3525 Del Mar Heights Road, #353
San Diego, CA 92130

**Stratum Medical Corporation**
c/o Juerg Tschopp, President & CEO
6199 Cornerstone Court East, Suite 111
San Diego, CA 92121

**Epivax, Inc.**
c/o Rich-Henry Schabowski, CEO
188 Valley Street, Suite 424
Providence, RI 02909

**SNK Unlimited Inc.**
c/o Registered Agent Ravi Batta, Esq.
21490 West Dixie Highway
Aventura, FL 33180

**SNK Unlimited Inc.**
c/o Kobitta Chopra, President
15091 SW 15th Place
Davie, FL 33326

**PAG Group LLC**
c/o Registered Agent United States Corporation Agents, Inc.
5830 East 2nd Street, Suite 8
Casper, WY 82609

**PAG Group LLC**
370 W. Pleasantview Avenue, #163
Hackensack, NJ 07601